## UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT
## CRIMINAL HEARING MINUTES

Date: 5/16/24    Case #: 3:24CR108 (SRU)    Dft #: 1

**UNITED STATES OF AMERICA**

Vs.

**KONSTANTINOS DIAMANTIS**

Honorable Judge: T. O. Farrish
Deputy Clerk: R. K. Wood
AUSA: J. Francis, D. Novick
Counsel for Defendant: V. Provenzano
☑ Retained  ☐ CJA  ☐ FPD

Start Time: 2:35 p.m.    End Time: 3:01 p.m.
USPO: C. Brennan
Recess (if more than ½ hr) _____ to _____
Reporter/ECRO/FTR: Court Smart
Interpreter: _____  Language: _____
Total Time: ____ hours  26 minutes
Hearing held  ☑ in person  ☐ by video  ☐ by telephone

**HEARING AND TIME**

| | | | |
|---|---|---|---|
| ☑ Initial Appearance  8m | ☐ Initial Appear. Rule 5 ____ | ☐ Detention ____ | ☑ Arraignment  5m |
| ☐ Motion ____ | ☑ Bond  13m | ☐ Waiver/Plea ____ | ☐ Probable Cause ____ |
| ☐ Change of Plea ____ | ☐ Conflict ____ | ☐ Evidentiary ____ | ☐ Extradition ____ |
| ☐ Status Conference ____ | ☐ Competency ____ | ☐ In Camera ____ | ☐ Frye ____ |

☑ Arrest or ☐ Self surrender    Date: 5/16/24
☐ Case Unsealed
☐ Deft failed to appear
☐ CJA23 financial affidavit filed under seal
☑ Oral Brady Order entered and paper to issue

☐ Rule 5 charging district _____
☐ Order appointing FPD
☐ Order appointing Attorney _____
☐ Set ATTY flag and notify grievance clerk
☐ Defendant waives right to proceed in-person

**FILED IN COURT**

| | | |
|---|---|---|
| ☐ Complaint with affidavit | ☐ Sealed Complaint with affidavit | ☐ Waiver of Indictment (case opening) |
| ☐ Felony Information | ☐ Misdemeanor Information | ☐ Waiver of Indictment (mid-case) |
| ☐ Superseding Information | ☐ Substitute Information | ☐ Sealed Information |

**PLEA**

Plea entered of  ☑ NOT guilty  ☐ guilty  ☐ nolo contendere;  As to counts  1 thru 22, indictment
Plea agreement letter  ☐ filed  ☐ under seal  ☐ to be filed
☐ Petition to enter guilty plea filed

**SENTENCING**

☐ Sentencing set for _____ at _____
☐ Probation 246B Order for PSI & Report filed
☐ Special Assessment of $_____ on count(s) _____. Total of $_____  ☐ due now  ☐ due at sentencing

Rev. 12-9-21                                                                                                                                    Page **1** of **2**

**ORDERS**
- ☐ Waiver of Rule 5 hearing filed
- ☐ Defendant motions due_____, Govt. responses due _____
- ☐ Scheduling Order filed  ☐ to be filed; ☐Sentencing scheduling order filed
- ☐ Hearing on pending motions scheduled for _____ at _____
- ☒ Jury Selection set for July 23, 2024 at 9:00 a.m. before Judge Underhill
- ☐ Defendant's motion for waiver of 10-day notice filed;  ☐ Granted   ☐Denied   ☐Advisement
_____ hearing set for _____ ;  continued until_____

**DETENTION**
- ☐ Govt's motion for pretrial detention filed ☐ Granted  ☐Denied  ☐Advisement
- ☐ Order of detention filed
- ☒ Bond set at $ 500,000.00   ☐ reduced to $_____ ;  ☐Non-surety   ☒Surety   ☐Personal recognizance
- ☐ Bond  ☐revoked   ☐reinstated   ☐continued   ☐modified
- ☐ No bond set at this time
- ☐ Order of temporary detention pending hearing filed
- ☐ Defendant detained
- ☐ Defendant ordered removed/committed to originating/other District of _____

**CONDITIONS OF BOND**
- ☐ Connecticut restricted travel extended to_____ upon obtaining permission from the USPO. A motion for any other travel with copies to the government and USPO must be filed and approved by the Court.
- ☐ Defendant must reside at _____.
- ☐ Defendant must report to USPO ____times a ☐week ☐month; ☐by telephone ☐in person ☐ at USPO discretion
- ☐ Defendant must surrender passport to the USPO  ☐ must not apply for passport
- ☐ Defendant must refrain from possessing firearms or dangerous weapons
- ☐ Defendant must refrain from use or unlawful possession, or distribution of narcotic drug
- ☐ Defendant must maintain employment or actively seek employment
- ☒ As set forth in the Order Setting Conditions of Release
- ☐ Other _____
_____

**MOTIONS**
- ☐ Motion for _____filed by☐ USA ☐defendant, ☐granted   ☐denied  ☐advisement
- ☐ Motion for _____filed by☐ USA ☐defendant, ☐granted   ☐denied  ☐advisement
- ☐ Motion for _____filed by☐ USA ☐defendant, ☐granted   ☐denied  ☐advisement
- ☐ Motion for _____filed by☐ USA ☐defendant, ☐granted   ☐denied  ☐advisement

**NOTES**
Judge Farrish advised the deft of his rights._____
_____
_____