UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:24-cr-108 (SRU) |
| v. | |
| KONSTANTINOS DIAMANTIS, a.k.a. "Kosta" | May 17, 2024 |

## GOVERNMENT'S NOTICE OF RELATED CASE

The United States of America respectfully notifies the Court that this criminal case, *United States v. Konstantinos Diamantis*, 3:24-cr-108, which was randomly assigned by the Clerk's Office to the Honorable Stefan R. Underhill, is related to a series of earlier-filed cases, *United States v. Salvatore Monarca*, 3:24-cr-104, *United States v. John F. Duffy*, 3:24-cr-105, and *United States v. Antonietta Roy*, 3:24-cr-106, pending before the Honorable Jeffrey Alker Meyer.

By way of background, on May 13, 2024, Judge Meyer accepted a guilty plea from each of Mr. Monarca and Mr. Duffy to conspiracy to commit extortion under color of official right, in violation of 18 U.S.C. § 1951; on May 14, 2024, Judge Meyer accepted a guilty plea from Ms. Roy to conspiracy to commit bribery, in violation of 18 U.S.C. § 371. In each case, Judge Meyer granted a motion to seal and delay victim notification in anticipation of an investigation that the Government expected to present to the Grand Jury prior to May 20, 2024. On May 15, 2024, the Grand Jury returned an indictment against Mr. Diamantis in this case. On May 16, 2024, Mr. Diamantis was arrested, and he was presented and arraigned before Magistrate Judge Farrish; on that same day, Judge Meyer granted the Government's motion to unseal each of the earlier-filed cases.

Under this Court's criminal Local Rule 50(b), "[a]ll cases will be assigned to a single Judge from filing to termination. In the event that it is subsequently determined that there is pending in

this District a related case…the later filed case should normally be transferred to the Judge having the earliest filed case." This case against Mr. Diamantis (3:24-cr-108) involves the same criminal conduct to which the defendants in the earlier-filed cases (3:24-cr-104, -105, and -106) pled guilty. Consolidating the four cases before one district court judge would serve judicial economy, avoid inconsistent rulings and factfinding, and promote consistent sentencing determinations. Thus, consistent with Local Rule 50(b), the Government recommends that this case be transferred to Judge Meyer.

        Respectfully submitted,

        VANESSA ROBERTS AVERY
        UNITED STATES ATTORNEY

        /s/
        JONATHAN N. FRANCIS
        Federal Bar No. phv05083
        jonathan.francis@usdoj.gov
        DAVID E. NOVICK
        Federal Bar No. phv02874
        david.novick@usdoj.gov
        ASSISTANT U.S. ATTORNEYS
        157 Church Street, 25th Floor
        New Haven, CT  06510

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 17, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                                                  /s/
                                      JONATHAN N. FRANCIS
                                      ASSISTANT UNITED STATES ATTORNEY