UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 3:24CR108(SRU) |
| v. | |
| KONSTANTINOS DIAMANTIS | May 23, 2024 |

**NOTICE OF PARTIES' AGREEMENT**
**CONCERNING RULE 16 DISCLOSURES**

In accordance with Standing Order § (A), the Government, on behalf of both parties, respectfully provides notice that the parties have reached the following agreement concerning a timetable and procedures for pretrial disclosure under Rule 16.

First, the Government's production of materials will begin by May 30, 2024 and continue on a rolling basis, to be substantially complete by July 31, 2024.

Second, the Government's production will be in the format of processed data with images and load files.

Third, by May 27, 2024, the defense will provide the Government with a 2TB portable hard drive to be used in the Government's initial production.

Fourth, while the parties expect to propose a complete pretrial scheduling order, in the meantime, they agree that:

(i) 60 days before the pretrial conference, the parties will make any disclosures concerning expert witnesses required by Standing Order § (C); and

(ii) 30 days before the pretrial conference, the Government will make any disclosure concerning Federal Rule of Evidence 404(b) required by Standing Order § (A)(1)(m).

- 2 -

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

      /s/
JONATHAN N. FRANCIS
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv05083
jonathan.francis@usdoj.gov
157 Church Street, 25th Floor
New Haven, CT  06510
Tel.: (203) 821-3700

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                          /s/
                                JONATHAN N. FRANCIS
                                ASSISTANT UNITED STATES ATTORNEY