LOCAL PTS
Non-Compliance Report
(06/22)

| | |
|---|---|
| **DATE** 06/12/2024 | **U.S. DISTRICT COURT** **DISTRICT OF CONNECTICUT** |

**NAME**
Konstantinos Diamantis

**DOCKET NUMBER:**
0205 3:24CR00108-001

**U.S. DISTRICT/MAGISTRATE JUDGE**
Hon. Thomas O. Farrish U.S.M.J/Hon. Jeffrey A. Meyer U.S.D.J.

## Notification of Non-Compliance

**ASSISTANT U.S ATTORNEY**
David E. Novick

**DEFENSE ATTORNEY**
Vincent Provenzano

**RELEASE DATE:** May 16, 2024
**NEXT COURT DATE:**
**CURRENT STATUS:** Pretrial Supervision

**CHARGED OFFENSE(S)**

Counts 1-2: Extortion by Wrongful Use of Fear and Under Color of Official Right, in violation of 18 U.S.C § 1951.

Counts 3-4: Bribery, in violation of 18 U.S.C § 666(a)(l)(B).

Counts 5-6: Conspiracy to Commit Extortion Under Color of Official Right, in violation of 18 U.S.C § 1951.

Counts 7-8: Conspiracy to Commit Bribery, in violation of 18 U.S.C § 371.

Counts 9-22: False Statements, in violation of 18 U.S.C § 1001(a)(2)

*(Displaying Most Severe)*

**CONDITIONS**

Submit to supervision by and report for supervision to the United States Probation Office telephone number _____ no later than _____

- [✓] continue or actively seek employment.
- [✓] surrender any passport to: United States Probation Office
- [✓] not obtain a passport or other international travel document.
- [✓] abide by the following restrictions on personal association, residence, or travel:
  The defendant shall not travel outside the District of Connecticut without the prior approval of the United States Probation Office.
- [✓] avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution including:

- [✓] not possess a firearm, destructive device, or other weapon
- [✓] not use alcohol   ( ) at all   (●) excessively.

☑ report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

Other:
The defendant shall verify the removal of the firearms from his home, and their delivery to a person who can lawfully possess them, to the United States Probation Office on or before May 23, 2024.

**CONDITIONS VIOLATED**

The defendant shall verify the removal of the firearms from his home, and their delivery to a person who can lawfully possess them, to the United States Probation Office on or before May 23, 2024.

The defendant shall surrender any passport to the United States Probation Office.

**NATURE OF NON-COMPLIANCE/PROBATION OFFICER'S RESPONSE**

On June 3, 2024, Mr. Diamantis provided the undersigned officer with verification that all three reported firearms were removed from his residence. Mr. Diamantis also provided a copy of the State of Connecticut Sale or Transfer of Firearms form. The form noted a bill of sale date for May 29, 2024. Mr. Diamantis was reminded that the removal of the firearms was to have been completed on or before May 23, 2024. Mr. Diamantis stated that he had trouble locating an individual who could lawfully possess the firearms and that he was under the impression that he had until the end of May to get this done.

On June 10, 2024, Mr. Diamantis reported that he has not yet turned in his passport because he has been unable to locate it. Mr. Diamantis stated that he spoke with his attorney regarding this matter, and he was under the impression that his attorney had reached out to the Probation Office. Mr. Diamantis was instructed to to locate his passport and surrender it as soon as possible.

**ADJUSTMENT TO PRETRIAL SERVICES SUPERVISION** *(Summary of compliance, results of criminal record check)*

Mr. Diamantis has had no other known issues of non-compliance. Mr. Diamantis has remained responsive to the undersigned officer, he has maintained a stable residence, and he remains employed.

**OFFICER RECOMMENDATION**

Given Mr. Diamantis remains responsive to the Probation Office and this is the first instance of noncompliance, no Court intervention is requested at this time. The undersigned officer will continue to work with Mr. Diamantis and his attorney, on the surrender of his passport.

I declare the foregoing is true and correct.

by _____

Matthew L'Heureux
U.S. Probation Officer

Date: June 12, 2024

LOCAL PTS
Non-Compliance Report
(06/22)

**Judicial Officer's Response:**

☒ Concur with U.S. Probation & Pretrial Services

☐ Issue a summons for a bond hearing

☐ Issue a warrant for a bond hearing

☐ Other

_____
Signature of Judicial Officer
Date: 2024.06.12 15:58:31 -04'00'

June 12, 2024
_____
Date