UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br> *Plaintiff*,<br><br>v.<br><br>KONSTANTINOS DIAMANTIS,<br> *Defendant*. | No. 3:24-cr-108 (JAM) |

**SCHEDULING ORDER**

In accordance with the Local Criminal Rules and at the request of counsel for the parties, the Court hereby orders the following schedule for the filing of pretrial motions and the trial in this case:

| | |
|---|---|
| Defendant's Fed. R. Crim. P. 12(b)(3) motions | September 16, 2024 |
| Government's opposition | September 30, 2024 |
| Defendant's reply | October 7, 2024 |
| Defendant's Expert Notice & Summary | November 26, 2024 |
| Government's Expert Notice & Summary | November 26, 2024 |
| Defendant's Witness Lists | December 16, 2024 |
| Defendant's Preliminary Exhibit List and Case-in-Chief Exhibits | December 16, 2024 |
| Government's Preliminary Witness List | December 16, 2024 |
| Government's Preliminary Exhibit List and Case-in-Chief Exhibits | December 16, 2024 |
| Government's Rule 404(b) Notice | December 23, 2024 |
| Proposed voir dire questions | December 23, 2024 |

| | |
|---|---|
| Proposed jury instructions | December 23, 2024 |
| Motions *in limine* and motions to preclude expert witnesses (both parties) | December 30, 2024 |
| Responses to motions *in limine* and motions to preclude expert witnesses | January 13, 2025 |
| Replies to motions *in limine* and motions to preclude expert witnesses | January 20, 2025 |
| Hearing on motions *in limine* & motions to preclude expert witnesses | Week of January 27, 2025 |
| Pretrial Conference | January 28, 2025, 1:30pm |
| Jury Selection | February 6, 2025 |
| Trial | February 10, 2025 |

It is so ordered. Dated at New Haven this 14th day of June 2024.

/s/ *Jeffrey Alker Meyer*
Jeffrey Alker Meyer
United States District Judge