# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

_____

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. |
|    PLAINTIFF ) | |
| ) | 3:24-CR-00108 (SRO) (RAR) |
| VS. ) | |
| ) | |
| KONSTANTINOS DIAMANTIS, AKA "KOSTA" ) | |
|    DEFENDANT ) | SEPTEMBER 16, 2024 |

_____

### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE FED. R. CRIM. P. 12(B)(3)

The Defendant, KONSTANTINOS DIAMANTIS, AKA "KOSTA", respectfully requests a one-week extension to file its' Fed. R. Crim. P.12(b)(3) on the grounds that there is voluminous discovery. The government takes no position.

                                                       DEFENDANT,
                                                     KONSTANTINOS DIAMANTIS, AKA "KOSTA"

                                                     By:      /s/    Norman A. Pattis, Esq.
                                                     Norman A. Pattis, Esq.
                                                     PATTIS & PAZ, LLC
                                                     383 Orange St., 1st Floor
                                                     New Haven, CT  06511
                                                     Tel:     203-393-3017
                                                     Fax:    203-393-9745
                                                     Email:  npattis@pattispazlaw.com
                                                     Federal Bar No.:  ct13120

1

**CERTIFICATION**

I hereby certify that on September 16, 2024, a copy of the foregoing was filed electronically. Notice of this filing was sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                            /s/     **Norman A. Pattis, Esq.**