UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA                 Crim. No. 3:24CR108(JAM)

    v.

KONSTANTINOS DIAMANTIS                 November 26, 2024

### MOTION TO CONTINE EXPERT NOTICES AND SUMMARIES

The Government, on behalf of both parties, respectfully moves the Court to continue expert notices and summaries for two weeks, from November 26 until December 10, 2024. This short extension will avoid prejudice to either party while the defendant considers whether to seek to continue the February 2025 trial and all corresponding pretrial dates in the June 14, 2024 Scheduling Order [Dkt. #21].

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

        /s/
_____
JONATHAN N. FRANCIS
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv05083
jonathan.francis@usdoj.gov
157 Church Street, 25th Floor
New Haven, CT  06510
Tel.: (203) 821-3700

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 26, 2024 a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

_____/s/_____
JONATHAN N. FRANCIS
ASSISTANT U.S. ATTORNEY
