# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

_____

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. |
|     PLAINTIFF ) | |
| ) | 3:24-CR-00108 (SRO) (RAR) |
| VS. ) | |
| ) | |
| KONSTANTINOS DIAMANTIS, AKA "KOSTA" ) | |
|     DEFENDANT ) | DECEMBER 6, 2024 |

_____

## MOTION FOR CONTINUANCE OF TRIAL AND SUSPENSION OF SCHEDULING ORDER

The undersigned, on behalf of Mr. Diamantis, respectfully requests that the trial set to begin with jury selection on February 6, 2025, be postponed in the interest of justice.

In support hereof, the undersigned represents as follows:

First, discovery in this case is massive, and, despite diligent effort by the undersigned and his office, additional time is necessary to identify potential exhibits.

Second, the undersigned and Mr. Diamantis have been diverted from trial preparation by another legal matter.

1

Third, Mr. Diamantis requests the continuance so that he can have additional time with counsel to prepare. In recent weeks, trial preparation was interrupted by the death of Mr. Diamantis' mother.

The undersigned has discussed a continuance of trial with the Government, and the Government does not oppose the motion.

In the event that a continuance is granted, both parties request a status conference with the Court to set a new trial date, a suspension of the current orders regarding trial preparation and a re-setting of trial preparation deadlines.

Wherefore, the Mr. Diamantis requests a continuance of the trial, a status conference and a suspension and resetting of discovery deadlines.

<div style="margin-left:40%">

DEFENDANT,
KONSTANTINOS DIAMANTIS, AKA "KOSTA"

By:     /s/   Norman A. Pattis, Esq.
Norman A. Pattis, Esq.
PATTIS & PAZ, LLC
383 Orange St., 1st Floor
New Haven, CT  06511
Tel:    203-393-3017
Fax:   203-393-9745
Email:  npattis@pattispazlaw.com
Federal Bar No.:  ct13120

</div>

**CERTIFICATION**

I hereby certify that on December 6, 2024, a copy of the foregoing was filed electronically. Notice of this filing was sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        /s/     **Norman A. Pattis, Esq.**