UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:24-cr-104-OAW |
| v. | |
| SALVATORE MONARCA | |
| | |
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:24-cr-105-KAD |
| v. | |
| JOHN F. DUFFY | |
| | |
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:24-cr-106-OAW |
| v. | |
| ANTONIETTA ROY | |
| | |
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:24-cr-108-SRU |
| v. | |
| KONSTANTINOS DIAMANTIS, a.k.a. "Kosta" | |

## GOVERNMENT'S NOTICE OF RELATED CASE

The Government respectfully notifies the Court that the following four criminal cases—recently transferred from the late Judge Jeffrey Alker Meyer—are related:

- *United States v. Salvatore Monarca*, 3:24-cr-104-OAW;

- *United States v. John F. Duffy*, 3:24-cr-105-KAD;

- *United States v. Antonietta Roy*, 3:24-cr-106-OAW; and

- *United States v. Konstantinos Diamantis*, 3:24-cr-108-SRU.

- 2 -

Mr. Monarca and Mr. Duffy each pled guilty on May 13, 2024; Ms. Roy pled guilty on May 14, 2024; and a grand jury returned an indictment against Mr. Diamantis on May 15, 2024. Mr. Monarca and Ms. Roy publicly entered into cooperation agreements with the Government, and their sentencings have been continued until after Mr. Diamantis's trial, which is scheduled to begin on October 3, 2025. Mr. Duffy's sentencing is currently scheduled for March 31, 2025.

Given that these four cases involve the same alleged or admitted criminal conduct, consolidating them before one district court judge would serve judicial economy, avoid inconsistent rulings and factfinding, and promote consistent sentencing determinations. The Government is filing identical notices on all four related dockets.

Respectfully submitted,

MARC H. SILVERMAN
ACTING UNITED STATES ATTORNEY

   /s/
JONATHAN N. FRANCIS
Federal Bar No. phv05083
jonathan.francis@usdoj.gov
DAVID E. NOVICK
Federal Bar No. phv02874
david.novick@usdoj.gov
ASSISTANT U.S. ATTORNEYS
157 Church Street, 25th Floor
New Haven, CT  06510

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                                                                  /s/
                                            JONATHAN N. FRANCIS
                                            ASSISTANT UNITED STATES ATTORNEY