## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

_____

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. |
|    PLAINTIFF ) | |
| ) | 3:24-CR-00108-SRU |
| VS. ) | |
| ) | |
| KONSTANTINOS DIAMANTIS, AKA "KOSTA" ) | |
|    DEFENDANT ) | APRIL 21, 2025 |

_____

### MOTION FOR PERMISSION TO TRAVEL TO GREECE

Mr. Diamantis requests, through counsel, permission to travel to Greece from July 3, 2025 – August 14, 2025. The purpose of the trip is to visit family. An itinerary of the proposed trip has been provided to Pre-Trial Services.

Mr. Diamantis faces trial in October, 2025 and January, 2026, on separate indictments. He has been compliant with the conditions of his release and fully engaged in trial preparation with counsel.

1

Should the Court permit him to make this trip, he requests an Order directing the Clerk's office to return his passport to him.

>DEFENDANT,
>KONSTANTINOS DIAMANTIS, AKA "KOSTA"
>
>By:      /s/    Norman A. Pattis, Esq.
>Norman A. Pattis, Esq.
>PATTIS & PAZ, LLC
>383 Orange St., 1st Floor
>New Haven, CT  06511
>Tel:    203-393-3017
>Fax:    203-393-9745
>Email:  npattis@pattispazlaw.com
>Federal Bar No.:  ct13120

### CERTIFICATION

I hereby certify that on April 21, 2025, a copy of the foregoing was filed electronically.  Notice of this filing was sent by email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

      /s/    Norman A. Pattis, Esq.

2