# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

_____

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. |
|     PLAINTIFF ) | |
| ) | 3:24-CR-00108-SRU |
| VS. ) | |
| ) | |
| KONSTANTINOS DIAMANTIS, AKA "KOSTA" ) | |
|     DEFENDANT ) | JUNE 17, 2025 |

_____

### RENEWED MOTION FOR PERMISSION TO TRAVEL TO GREECE

Mr. Diamantis requests, through counsel, permission to travel to Greece from July 16, 2025 – August 14, 2025. The purpose of the trip is to visit family. An itinerary of the proposed trip has been provided to Pre-Trial Services. He will be accompanied on this trip by family members.

Although there were initially issues with Mr. Diamantis' compliance with the conditions of pretrial release, he has been fully compliant for more than one year. He faces trial in October, 2025 and January, 2026 on separate indictments. He has been fully engaged in trial preparation with counsel.

Previous applications to travel have been denied by this Court, in part in response to the initial six-week length of the trip and a concern that inadequate security had been offered to ensure his return. The undersigned has this date

1

provided the Government and Pre-Trial Services with the name of a new property owner ready, willing and able to post their home as bond. The proposed trip is reduced from six weeks to four weeks.

Should the Court permit him to make this trip, he requests an Order directing the Clerk's office to return his passport to him.

                                                           DEFENDANT,
                                                         KONSTANTINOS DIAMANTIS, AKA "KOSTA"

                                                         **By:      /s/   Norman A. Pattis, Esq.**
                                                         Norman A. Pattis, Esq.
                                                         PATTIS & PAZ, LLC
                                                         383 Orange St., 1st Floor
                                                         New Haven, CT  06511
                                                         Tel:    203-393-3017
                                                         Fax:   203-393-9745
                                                         Email:  npattis@pattispazlaw.com
                                                         Federal Bar No.:  ct13120

**CERTIFICATION**

I hereby certify that on June 17, 2025, a copy of the foregoing was filed electronically. Notice of this filing was sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/     **Norman A. Pattis, Esq.**