# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CRIMINAL NO.** |
| **PLAINTIFF** | ) | |
| | ) | **3:24-CR-00108-SRU** |
| **VS.** | ) | |
| | ) | |
| **KONSTANTINOS DIAMANTIS, AKA "KOSTA"** | ) | |
| **DEFENDANT** | ) | **JULY 2, 2025** |

**RENEWED / REVISED THIRD MOTION FOR PERMISSION TO TRAVEL TO GREECE**

Mr. Diamantis requests, through counsel, permission to travel to Greece from ***July 15, 2025 – August 14, 2025***. (***The date leaving has been changed and was due to a scrivener's error - changed from July 16, 2025 to leaving on July 15, 2025. [DE #52]***) The purpose of the trip is to travel and visit Greece, his family's origin. An itinerary of the proposed trip has been provided to Pre-Trial Services. He will be accompanied on this trip by family members.

Although there were initially issues with Mr. Diamantis' compliance with the conditions of pretrial release, he has been fully compliant for more than one year. He faces trial in October, 2025 and January, 2026 on separate indictments. He has been fully engaged in trial preparation with counsel.

Previous applications to travel have been denied by this Court, in part in response to the initial six-week length of the trip and a concern that inadequate security had been offered to ensure his return. The undersigned has provided the Government and Pre-Trial Services with the name of a new property owner ready, willing and able to post their home as bond. The proposed trip is reduced from six weeks to four weeks.

C.F., the property owner, is not reluctant to post her property. She is an attorney licensed to practice law in the State of Connecticut. She reports that she had 2-minute telephone conversation with pretrial services to verify information. At no point did she report reluctance or hesitancy. She resents being "mischaracterized by the prosecution", noting that no one from their office ever contacted her.

Moreover, the government's abstract fear, that Mr. Diamantis will not return to the US for trial is overstated. The Court does not know the particulars of this case, to wit: the loss amount in this case is arguably de minimis and would easily be covered by any bond forfeiture.

Mr. Diamantis requests permission from the Court to participate in a family vacation. He is no danger to the public, has not committed any violent crimes, and has made every effort to provide security or bonds imposed by this Court.

Mr. Diamantis is risking his liberty for many years by going to trial. It is simply implausible to suggest that he is a flight risk. He is ready, willing and able to take this case to trial.

The simple argument as to why Mr. Diamantis should be permitted to take this family trip is but (4) words long: the presumption of innocence.

Should the Court permit him to make this trip, he requests an Order directing the Clerk's office to return his passport to him.

DEFENDANT,
KONSTANTINOS DIAMANTIS, AKA "KOSTA"

**By: /s/ Norman A. Pattis, Esq.**

Norman A. Pattis, Esq.
PATTIS & PAZ, LLC
383 Orange St., 1st Floor
New Haven, CT 06511
Tel: 203-393-3017
Fax: 203-393-9745
Email: npattis@pattispazlaw.com
Federal Bar No.: ct13120

**CERTIFICATION**

I hereby certify that on July 2, 2025, a copy of the foregoing was filed electronically. Notice of this filing was sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**/s/ Norman A. Pattis, Esq.**