# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

_____

| | |
|---|---|
| UNITED STATES OF AMERICA        ) | CRIMINAL NO. |
|    PLAINTIFF        ) | |
|          ) | 3:24-CR-00108-SRU |
| VS.        ) | |
|          ) | |
| KONSTANTINOS DIAMANTIS, AKA "KOSTA"        ) | |
|    DEFENDANT        ) | JULY 9, 2025 |

_____

## MOTION FOR RULING ON RENEWED / REVISED
## THIRD MOTION FOR PERMISSION TO TRAVEL TO GREECE

The undersigned requests a ruling on his Third Motion to Travel filed on July 2, 2025 [DE 54]. In support hereof, the undersigned represents as follows:

1. The proposed date of departure is one week from today.

2. Multiple family members of the defendant have made travel arrangements contingent on the defendant's ability to travel.

1

3. If approved, the new security for any additional bond must be secured.

>DEFENDANT,
>KONSTANTINOS DIAMANTIS, AKA "KOSTA"
>
>By:     /s/    **Norman A. Pattis, Esq.**
>Norman A. Pattis, Esq.
>PATTIS & PAZ, LLC
>383 Orange St., 1st Floor
>New Haven, CT  06511
>Tel:    203-393-3017
>Fax:   203-393-9745
>Email:  npattis@pattispazlaw.com
>Federal Bar No.:  ct13120

### CERTIFICATION

I hereby certify that on July 9, 2025, a copy of the foregoing was filed electronically. Notice of this filing was sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    /s/    **Norman A. Pattis, Esq.**