# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    PLAINTIFF )<br> )<br>VS. )<br> )<br> )<br>KONSTANTINOS DIAMANTIS, AKA "KOSTA" )<br>    DEFENDANT ) | CRIMINAL NO.<br><br>3:24-CR-00108-SRU<br><br><br><br><br>JULY 18, 2025 |

## MOTION TO RECONSIDER DENIAL OF THIRD REQUEST TO TRAVEL

The undersigned requests that this Court reconsider its denial of the Defendant's Third Request to Travel. In support hereof, the undersigned represents as follows:

1. The defendant has requested that counsel ask the Court to reconsider the most recent denial of his request to travel to Greece with his family this summer.

2. In support of this request, the defendant has executed the attached Affidavit.

3. The new travel dates requested are July 28, 2025 through August 14, 2025.

1

4. If possible, Mr. Diamantis would like the opportunity to address the Court in-person on this request.

>DEFENDANT,
>KONSTANTINOS DIAMANTIS, AKA "KOSTA"
>
>By:      /s/    Norman A. Pattis, Esq.
>Norman A. Pattis, Esq.
>PATTIS & PAZ, LLC
>383 Orange St., 1st Floor
>New Haven, CT  06511
>Tel:    203-393-3017
>Fax:    203-393-9745
>Email:  npattis@pattispazlaw.com
>Federal Bar No.: ct13120

## CERTIFICATION

I hereby certify that on July 18, 2025, a copy of the foregoing was filed electronically. Notice of this filing was sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>     /s/    Norman A. Pattis, Esq.

## A<small>FFIDAVIT OF</small> K<small>ONSTANTINOS</small> D<small>IAMANTIS</small>, <small>A/K/A</small> "K<small>OSTA</small>"

1. I am over the age of 18 years and I believe in the obligation of an oath.
2. I have been a member of the bar for over 25 years in good standing.
3. I have always served with respect and honor for the court.
4. I wish to travel to Greece to see my mother's sister who is 89 years old and not well, as well as travel with my daughters and grandchildren.
5. I have three daughters that rely on me and live with me. Our home is currently used as security to ensure my presence in court. Failure to attend would forfeit our home. I do not own other property in the US or abroad.
6. My five daughters and my four grandchildren reside in the States as well as my sister and her family.
7. Instilling the Greek traditions and keeping them alive for a third generation in America it's important to my entire family
8. Not returning from the trip, should the court grant my request, is not an option. My pension and social security would be lost. My only source of income.
9. I am innocent of the charges and my presence is required at trial to clear my good name. I need to tell my story.
10. As an officer of the court, I am stating I shall return from the trip, should the court grant my request.

The claims and statements made in this Affidavit to the best of my knowledge, information, and belief are true and accurate.

_____
Konstantinos Diamantis

STATE OF CONNECTICUT    )
                        )   ss.   NEW HAVEN        JULY 18, 2025
COUNTY OF NEW HAVEN     )

Subscribed and sworn to before me this 18th day of July, 2025.

_____
Janis Melillo
Notary Public
My Commission Expires: 04/30/2029

> JANIS MELILLO
> Notary Public
> Connecticut
> My Commission Expires Apr 30, 2029

4