# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

_____

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>  **PLAINTIFF** )<br>  )<br>  VS. )<br>  )<br>  **KONSTANTINOS DIAMANTIS, AKA "KOSTA"** )<br>  **DEFENDANT** )  | **CRIMINAL NO.**<br><br>**3:24-CR-00108 (SRO) (RAR)**<br><br><br><br>**AUGUST 4, 2025** |

_____

## DEFENDANT'S PROPOSED WITNESS LIST

Consistent with the Court's Standing Order on Discovery (C)(1)(a), the Defendant hereby provides notice regarding witnesses he intends to call at trial. Please note that telephone numbers and addresses are available to opposing counsel on request:

Retired Col. Stavros Mellekas

Angela Cahill, AIA, NOMA, NCARB, Leed AP

Gareth D. Bye, Esq.

David Patrick, President

Bruce Kellogg, Consulting Principal

Robert R. Celmer, AIA

Barbara A. Fabiani, Architect

Robert Ficeto

Dr. Leslie Torres-Rodriguez, Superintendent

Luke A. Bronin

Thea Montanez, Senior Advisor

Kermit Thompson

Charles "Chuck" Warrington PE

                                                   DEFENDANT,
                                                   KONSTANTINOS DIAMANTIS, AKA "KOSTA"

                                                   **By:**      **/s/    Norman A. Pattis, Esq.**
                                                 Norman A. Pattis, Esq.
                                               PATTIS & PAZ, LLC
                                               383 Orange St., 1st Floor
                                               New Haven, CT  06511
                                               Tel:    203-393-3017
                                               Fax:   203-393-9745
                                               Email:  npattis@pattispazlaw.com
                                               Federal Bar No.:  ct13120

**CERTIFICATION**

I hereby certify that on August 4, 2025, a copy of the foregoing was filed electronically. Notice of this filing was sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                                 /s/     **Norman A. Pattis, Esq.**