UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA                     No. 3:24-cr-108 (SRU)

    v.

KONSTANTINOS DIAMANTIS                        September 5, 2025

## JOINT PROPOSED STATEMENT OF THE CASE

On behalf of both parties, the Government respectfully submits the following statement of the case to be read to the jury panel during selection:

This a federal case against defendant Konstantinos Diamantis, also known as Kosta.

It is alleged that the defendant misused his former position as an official of the State of Connecticut to demand and receive payments and benefits from different construction contractors. Specifically, it is alleged that Mr. Diamantis, as the head of the State's Office of School Construction Grants and Review, used his position to solicit and receive bribes from Acranom Masonry, Inc. ("Acranom"), through its principals Salvatore Monarca and John Duffy, and Construction Advocacy Professionals LLC ("CAP"), through its principal Antonietta Roy.  In exchange for these payments, Mr. Diamantis allegedly took official action to help Acranom and CAP obtain and retain work on State-funded school construction projects, including in Hartford and Tolland.  In addition, it is also alleged that Mr. Diamantis used fear of economic loss to Acranom and CAP in order to induce those companies to make payments to him which he was not otherwise entitled to receive.  Finally, it is alleged that Mr. Diamantis made materially false statements to FBI agents who were investigating this case.  Accordingly, Mr. Diamantis is charged with extortion under color of official right and by threat of economic fear, bribery, conspiracy to commit extortion under color of official right, conspiracy to commit bribery, and making false statements.

Mr. Diamantis has pled not guilty to all charges and requested a trial by jury. He is presumed innocent.

Respectfully submitted,

DAVID E. NOVICK
Attorney for the United States, Acting under Authority Conferred by 28 U.S.C. § 515

_____/s/_____
JONATHAN N. FRANCIS
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv05083
jonathan.francis@usdoj.gov
157 Church Street, 25th Floor
New Haven, CT 06510
Tel.: (203) 821-3700

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2025, a copy of the foregoing was filed electronically.

Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing

system.  Parties may access this filing through the Court's CM/ECF System.


_____/s/_____
JONATHAN N. FRANCIS
ASSISTANT UNITED STATES ATTORNEY