**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CRIMINAL HEARING MINUTES**

Date: September 8, 2025   Case #: 3:24-cr-00108-SRU   Dft #: 1

Honorable Judge: Stefan R. Underhill

**UNITED STATES OF AMERICA**

Vs.

**KONSTANTINOS DIAMANTIS**

Deputy Clerk: J. Reis
AUSA: Jonathan N. Francis & David E. Novick
Counsel for Defendant: Norman A. Pattis
☒ Retained   ☐ CJA   ☐ FPD

Start Time: 9:02 AM   End Time: 10:06 AM
Recess (if more than ½ hr) _____ to _____

USPO: NA
Reporter/ECRO/FTR: Melissa Cianciullo
Interpreter: NA   Language: NA

Total Time: 1 hours 4 minutes
Hearing held: ☒ in person  ☐ by video  ☐ by telephone

**HEARING AND TIME**

| ☐ Initial Appearance ___ | ☐ Initial Appear. Rule 5 ___ | ☐ Detention ___ | ☐ Arraignment ___ |
| ☒ Motion ___ | ☐ Bond ___ | ☐ Waiver/Plea ___ | ☐ Probable Cause ___ |
| ☐ Change of Plea ___ | ☐ Conflict ___ | ☐ Evidentiary ___ | ☐ Extradition ___ |
| ☒ Pretrial Conference ___ | ☐ Competency ___ | ☐ In Camera ___ | ☐ Frye ___ |

☐ Arrest or ☐ Self surrender Date_____
☐ Case Unsealed
☐ Deft failed to appear
☐ CJA23 financial affidavit filed under seal
☐ Oral Brady Order entered and paper to issue

☐ Rule 5 charging district _____
☐ Order appointing FPD
☐ Order appointing Attorney _____
☐ Set ATTY flag and notify grievance clerk
☐ Defendant waives right to proceed in-person

**FILED IN COURT**

| ☐ Complaint with affidavit | ☐ Sealed Complaint with affidavit | ☐ Waiver of Indictment (case opening) |
| ☐ Felony Information | ☐ Misdemeanor Information | ☐ Waiver of Indictment (mid-case) |
| ☐ Superseding Information | ☐ Substitute Information | ☐ Sealed Information |

**PLEA**

Plea entered of ☐ NOT guilty  ☐ guilty  ☐ nolo contendere;  As to counts _____
Plea agreement letter ☐ filed  ☐ under seal  ☐ to be filed
☐ Petition to enter guilty plea filed

**SENTENCING**

☐ Sentencing set for _____ at _____
☐ Probation 246B Order for PSI & Report filed
☐ Special Assessment of $_____ on count(s) _____. Total of $_____  ☐ due now ☐ due at sentencing

**ORDERS**
☐ Waiver of Rule 5 hearing filed
☐ Defendant motions due_____, Govt. responses due _____
☐ Scheduling Order filed ☐ to be filed; ☐Sentencing scheduling order filed
☐ Hearing on pending motions scheduled for _____ at _____
☐ Jury Selection set for _____ at_____ before Judge_____
☐ Defendant's motion for waiver of 10-day notice filed; ☐ Granted  ☐Denied  ☐Advisement
_____ hearing set for _____ ; continued until_____

**DETENTION**
☐ Govt's motion for pretrial detention filed ☐ Granted  ☐Denied  ☐Advisement
☐ Order of detention filed
☐ Bond set at $_____  ☐ reduced to $_____ ; ☐Non-surety  ☐Surety  ☐Personal recognizance
☐ Bond ☐revoked  ☐reinstated  ☐continued  ☐modified
☐ No bond set at this time
☐ Order of temporary detention pending hearing filed
☐ Defendant detained
☐ Defendant ordered removed/committed to originating/other District of _____

**CONDITIONS OF BOND**
☐ Connecticut restricted travel extended to_____ upon obtaining permission from the USPO. A motion for any other travel with copies to the government and USPO must be filed and approved by the Court.
☐ Defendant must reside at _____.
☐ Defendant must report to USPO ____times a ☐week ☐month; ☐by telephone ☐in person ☐ at USPO discretion
☐ Defendant must surrender passport to the USPO ☐ must not apply for passport
☐ Defendant must refrain from possessing firearms or dangerous weapons
☐ Defendant must refrain from use or unlawful possession, or distribution of narcotic drug
☐ Defendant must maintain employment or actively seek employment
☐ As set forth in the Order Setting Conditions of Release
☐ Other _____

**MOTIONS**
☒ Motion in Limine (doc. no. 70) _____ filed by☐ USA ☒defendant, ☒granted  ☒denied  ☐advisement
☐ Motion for _____ filed by☐ USA ☐defendant, ☐granted  ☐denied  ☐advisement
☐ Motion for _____ filed by☐ USA ☐defendant, ☐granted  ☐denied  ☐advisement
☐ Motion for _____ filed by☐ USA ☐defendant, ☐granted  ☐denied  ☐advisement

**NOTES**
Counsel shall report to the courtroom by 8:45 AM each morning; evidence will commence at 9:15 AM.

Rev. 9/5/24                                                                                                              Page **2** of **2**