# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

_____

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 3:24-CR-00108-SRU |
|    PLAINTIFF ) | |
| ) | |
| VS. ) | |
| ) | |
| KONSTANTINOS DIAMANTIS, AKA "KOSTA" ) | |
|    DEFENDANT ) | SEPTEMBER 24, 2025 |

_____

### CONSENT MOTION FOR EXTENSION OF TIME

The undersigned, on behalf of the defendant, requests an extension of time until Tuesday, September 30, 2025, for parties to provide notice of any objections to the proposed exhibits thus far tendered by either side:

In support hereof, the undersigned represents as follows:

1. Both parties have exchanged preliminary witness lists.

2. The Government, at the defendant's request, provided hard copies of its exhibits in four bound volumes.

3. The undersigned has reviewed all of the Government's exhibits and had several conversations with the Government to express concerns and reservations.

1

4. Upon information and belief, the parties are likely NOT to require Court intervention on such issues as authenticity of exhibits, and, potentially, admissibility of exhibits.

5. The undersigned is requesting additional time so that his client can come to the undersigned's office and review the exhibits.

6. There are hundreds of exhibits to review, a process that the undersigned does not expect to be completed until late Friday.

7. The parties are also close to agreement on a series of stipulations.

8. The Government consents to the granting of this motion.

WHEREFORE, the defendant requests that the Court adjust the deadline for filing of notice as to objections or stipulations until Tuesday, September 30, 2025.

DEFENDANT,
KONSTANTINOS DIAMANTIS, AKA "KOSTA"

By:      /s/   Norman A. Pattis, Esq.
Norman A. Pattis, Esq.
PATTIS & PAZ, LLC
383 Orange St., 1st Floor
New Haven, CT  06511
Tel:   203-393-3017
Fax:   203-393-9745
Email:  npattis@pattispazlaw.com
Federal Bar No.:  ct13120

**CERTIFICATION**

I hereby certify that on September 24, 2025, a copy of the foregoing was filed electronically. Notice of this filing was sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                               **/s/     Norman A. Pattis, Esq.**