UNITED STATES v. KONSTANTINOS DIAMANTIS, 3:24CR108(SRU)

**GOVERNMENT TRIAL EXHIBIT LIST**

| GOV. EX. # | EXHIBIT DESCRIPTION | Bates # | Intend to Offer/If Need Arises/For Identification |
|---|---|---|---|
| 1 | Excerpt of text communication between Duffy and Monarca (8/9/2018) | MONARCAPHONE-043939 | Intend to Offer |
| 2 | Excerpt of text communication between Duffy and Monarca (8/23/2018) | MONARCAPHONE-043944 | Intend to Offer |
| 3 | Excerpt of text communication between Duffy and Monarca (11/5/2018 - 11/8/2018) | MONARCAPHONE-043984 - 043986 | Intend to Offer |
| 4 | Excerpt of text communication between Duffy and Monarca (11/29/2018) | MONARCAPHONE-043994 - 043995 | Intend to Offer |
| 5 | Excerpt of text communication between Duffy and Monarca (12/9/2018) | MONARCAPHONE-043999 | Intend to Offer |
| 6 | Excerpt of text communication between Duffy and Monarca (12/29/2018) | MONARCAPHONE-044004 | Intend to Offer |
| 7 | Excerpt of text communication between Duffy, Monarca, and Diamantis (1/2/2019 - 1/4/2019) | MONARCA-000039 - 42 | If Need Arises |
| 8 | Excerpt of text communication between Duffy, Monarca, and Diamantis (1/8/2019 - 1/17/2019) | MONARCA-000045 - 50 | Intend to Offer |
| 9 | Excerpt of text communication between Duffy and Monarca (1/18/2019) | MONARCA-000096 | Intend to Offer |
| 10 | Excerpt of text communication between Duffy, Monarca, and Diamantis (1/22/2019 - 1/29/2019) | MONARCA-000050 - 53 | Intend to Offer |
| 11 | Excerpt of text communication between Duffy, Monarca, and Diamantis (1/30/2019 - 2/_/2019) | MONARCA-000057 - 59 | Intend to Offer |
| 12 | Excerpt of text communication between Duffy and Monarca (2/6/2019) | MONARCA-000108 | Intend to Offer |
| 13 | Excerpt of text communication between Duffy and Monarca (3/2/2019 - 3/3/2019) | MONARCA-000131 - 133 | Intend to Offer |
| 14 | Excerpt of text communication between Duffy and Monarca (3/9/2019) | MONARCA-000141 | If Need Arises |
| 15 | Excerpt of text communication between Duffy and Monarca (4/14/2019 - 4/15/2019) | MONARCA-000179 - 180 | Intend to Offer |
| 16 | Excerpt of text communication between Duffy and Diamantis (4/18/2019 - 4/24/2019) | DIAMANTISPHONE-054568 - 054569 | Intend to Offer |
| 17 | Excerpt of text communication between Duffy and Monarca (4/24/2019) | MONARCA-000192 | Intend to Offer |
| 18 | Excerpt of text communication between Duffy and Monarca (4/26/2019) | MONARCA-000195 - 197 | Intend to Offer |
| 19 | Excerpt of text communication between Duffy and Monarca (5/3/2019 - 5/8/2019) | MONARCA-000007 - 8 | Intend to Offer |
| 20 | Excerpt of text communication between Duffy and Monarca (5/8/2019) | MONARCA-000211 | Intend to Offer |
| 21 | Excerpt of text communication between Duffy and Monarca (5/18/2019) | MONARCA-000008 - 9 | Intend to Offer |
| 21B | Video of 5/17/19 voicemail recording from Diamantis to Duffy | MONARCA-000001 | Intend to Offer |
| 21C | Verbatim transcription of video of 5/17/19 voicemail from Diamantis to Duffy | FBI-006490 | For Identification |
| 22 | Excerpt of text communication between Duffy and Monarca (5/21/2019 - 5/22/2019) | MONARCA-000223 - 224 | Intend to Offer |
| 23 | Excerpt of text communication between Duffy and Diamantis (5/29/2019 - 5/31/2019) | DIAMANTISPHONE-055156 - 055157 | Intend to Offer |
| 24 | Excerpt of text communication between Duffy and Monarca (5/31/2019) | MONARCA-000009 | Intend to Offer |
| 25 | Excerpt of text communication between Duffy and Diamantis (5/31/2019 - 6/3/2019) | DIAMANTISPHONE-055157 | Intend to Offer |
| 26 | Excerpt of text communication between Duffy and Diamantis (6/8/2019 - 6/13/2019) | DIAMANTISPHONE-054569 | Intend to Offer |

*UNITED STATES v. KONSTANTINOS DIAMANTIS,* 3:24CR108(SRU)

**GOVERNMENT TRIAL EXHIBIT LIST**

| GOV. EX. # | EXHIBIT DESCRIPTION | Bates # | Intend to Offer/If Need Arises/For Identification |
|---|---|---|---|
| 27 | Excerpt of text communication between Duffy and Monarca (6/13/2019) | MONARCA-000009 - 10 | Intend to Offer |
| 28 | Excerpt of text communication between Duffy and Diamantis (6/14/2019 - 6/15/2019) | DIAMANTISPHONE-055157 - 055159 | Intend to Offer |
| 28B | Spreadsheet entitled "Schedule of Values 85k.xlsx" | KDIPHONE-418115 | Intend to Offer |
| 28C | Screenshot of text communication with "A. Sal." (Image-1_38.jpg) | DIAMANTISPHONE-055313 | Intend to Offer |
| 30 | Excerpt of text communication between Duffy and Diamantis (6/17/2019 - 6/24/2019) | DIAMANTISPHONE-054569 - 054571 | Intend to Offer |
| 31 | Excerpt of text communication between Duffy and Monarca (7/9/2019) | MONARCA-000262 | Intend to Offer |
| 32 | Excerpt of text communication between Duffy and Diamantis (7/17/2019 - 8/10/2019) | DIAMANTISPHONE-055159 - 055162 | Intend to Offer |
| 33 | Excerpt of text communication between Duffy and Monarca (8/10/2019) | MONARCA-000274 | Intend to Offer |
| 34 | Excerpt of text communication between Duffy and Diamantis (8/10/2019 - 8/20/2019) | DIAMANTISPHONE-055162 - 055165 | Intend to Offer |
| 35 | Excerpt of text communication between Duffy and Diamantis (8/22/2019 - 9/30/2019) | DIAMANTISPHONE-054572 - 054574 | Intend to Offer |
| 36 | Excerpt of text communication between Duffy and Monarca (9/30/2019) | MONARCA-000349 | Intend to Offer |
| 37 | Excerpt of text communication between Duffy and Diamantis (10/1/2019 - 10/9/2019) | DIAMANTISPHONE-054574 - 054577 | Intend to Offer |
| 38 | Excerpt of text communication between Duffy and Diamantis (10/11/2019 - 10/12/2019) | DIAMANTISPHONE-055165 - 055166 | Intend to Offer |
| 39 | Excerpt of text communication between Duffy and Diamantis (10/31/2019) | DIAMANTISPHONE-054581 | Intend to Offer |
| 40 | Excerpt of text communication between Duffy and Monarca (11/1/2019) | MONARCA-000397 | Intend to Offer |
| 41 | Excerpt of text communication between Duffy and Diamantis (11/5/2019 - 12/11/2019) | DIAMANTISPHONE-054582 - 054584 | Intend to Offer |
| 42 | Excerpt of text communication between Duffy and Diamantis (12/10/2019 - 1/5/2020) | DIAMANTISPHONE-055167 - 055172 | Intend to Offer |
| 42B | Screenshot of text communication with "A. Sal." (IMG_5995.png) | DIAMANTISPHONE-055588 | Intend to Offer |
| 43 | Excerpt of text communication between Duffy and Monarca (12/10/2019) | MONARCA-000022 | If Need Arises |
| 44 | Excerpt of text communication between Duffy and Monarca (1/15/2020) | MONARCA-000492 | Intend to Offer |
| 45 | Excerpt of text communication between Duffy and Diamantis (1/15/2020 - 1/18/2020) | DIAMANTISPHONE-055172 - 055174 | Intend to Offer |
| 46 | Excerpt of text communication between Duffy and Diamantis (1/21/2020) | DIAMANTISPHONE-054584 | Intend to Offer |
| 47 | Excerpt of text communication between Duffy and Diamantis (1/30/2020 - 2/28/2020) | DIAMANTISPHONE-055176 - 055180 | Intend to Offer |
| 48 | Excerpt of text communication between Duffy and Diamantis (2/27/2020 - 2/28/2020) | DIAMANTISPHONE-054584 - 054585 | Intend to Offer |
| 49 | Excerpt of text communication between Duffy and Diamantis (2/28/2020 - 3/19/2020) | DIAMANTISPHONE-055180 - 055182 | Intend to Offer |
| 50 | Excerpt of text communication between Duffy and Diamantis (3/25/2020 - 4/3/2020) | DIAMANTISPHONE-055183 - 055184 | Intend to Offer |

*UNITED STATES v. KONSTANTINOS DIAMANTIS,* 3:24CR108(SRU)
**GOVERNMENT TRIAL EXHIBIT LIST**

| GOV. EX. # | EXHIBIT DESCRIPTION | Bates # | Intend to Offer/If Need Arises/For Identification |
|---|---|---|---|
| 51 | Excerpt of text communication between Duffy and Diamantis (4/15/2020 - 4/17/2020) | DIAMANTISPHONE-055187 | Intend to Offer |
| 52 | Excerpt of text communication between Duffy and Diamantis (4/18/2020) | DIAMANTISPHONE-054586 - 054587 | Intend to Offer |
| 53 | Excerpt of text communication between Duffy and Diamantis (5/5/2020 - 9/29/2020) | DIAMANTISPHONE-054591 | Intend to Offer |
| 54 | Excerpt of text communication between Duffy and Monarca (12/31/2020) | MONARCA-000980 - 981 | Intend to Offer |
| 55 | Excerpt of text communication between Duffy and Diamantis (1/10/2021) | DIAMANTISPHONE-054594 - 054595 | Intend to Offer |
| 56 | Excerpt of text communication between Duffy and Monarca (1/10/2021 - 1/11/2021) | MONARCA-001003 - 1010 | Intend to Offer |
| 57 | Excerpt of text communication between Duffy and Diamantis (1/14/2021 - 3/25/2021) | DIAMANTISPHONE-054595 - 054596 | Intend to Offer |
| 58 | Excerpt of text communication between Duffy and Monarca (3/26/2021) | MONARCA-001189 | If Need Arises |
| 59 | Excerpt of text communication between Duffy and Diamantis (3/26/2021 - 5/6/2021) | DIAMANTISPHONE-055202 - 055207 | Intend to Offer |
| 60 | Excerpt of text communication between Duffy and Diamantis (5/6/2021 - 5/7/2021) | DIAMANTISPHONE-054596 - 054597 | Intend to Offer |
| 61 | Excerpt of text communication between Duffy and Monarca (6/19/2021) | MONARCA-001367 | If Need Arises |
| 70 | Text communication between Diamantis and Duffy (4/18/19 - 10/26/21, 72 pp) | DIAMANTISPHONE-054568 - 54599 | For Identification |
| 71 | Text communication between Diamantis and Duffy (5/29/19 - 9/13/23, 194 pp, chat) | DIAMANTISPHONE-055156 - 55226 | For Identification |
| 72 | Text communication between Duffy and Monarca (3/9/19 - 10/5/23, 37 pp) | MONARCA-000002 - 000038 | For Identification |

**GOVERNMENT TRIAL EXHIBIT LIST**

| GOV. EX. # | EXHIBIT DESCRIPTION | Bates # | Intend to Offer/If Need Arises/For Identification |
|---|---|---|---|
| 73 | Text communication between Diamantis, Duffy, and Monarca (12/29/18 - 2/26/21, 27 pp) | MONARCA-000039 - 000065 | For Identification |
| 74 | Text communication between Duffy and Monarca (12/8/18 - 12/30/18, 156 pp) | MONARCAPHONE-043939 | For Identification |
| 75 | Text communication between Duffy and Monarca (1/1/19 - 12/8/23, 2723 pp) | MONARCA-000066 - 002788 | For Identification |
| 80 | 4/15/19 Agreement for Independent Contracting Services between Anastasia Diamantis and Roy | ROY_000004 | Intend to Offer |
| 81 | 5/11/20 Employee Contract Agreement - Anastasia Diamantis | ROY_000013 - 16 | Intend to Offer |
| 82 | 5/18/20 Offer Letter to Anastasia Diamantis | ROY_000007 | Intend to Offer |
| 83 | 5/18/20 Employment paperwork for Anastasia Diamantis | ROY_000008 - 12 | Intend to Offer |
| 100 | 8/22/17 Contract Information Sheet - Weaver High School - Acranom Masonry Ent. Inc. | ACRANOM-239036 - 239118 | Intend to Offer |
| 101 | 2/20/18 Hartford Board of Education - Regular Meeting - Agenda | BOE-0000023371- 23433 | If Need Arises |
| 102A | 3/20/18 Notice of Delay from Newfield + Downes to Acranom Masonry re: "Renovations to Weaver High School, State Project #064-0307" | OUE-0001 | Intend to Offer |
| 102B | 3/21/18 Letter from Acranom Masonry to Newfield + Downes | OUE-0002 - 3 | Intend to Offer |
| 102C | 3/22/18 Notice of Delay Follow Up from Newfield + Downes to Acranom Masonry re: "Renovations to Weaver High School, State Project #064-0307" | OUE-0004 - 5 | Intend to Offer |
| 103A | 5/1/18 Email from Ouellette to Monarca (cc Duffy) re: "RE: Notice of non-compliance wall reinforcing" | OUE-0006 - 7 | Intend to Offer |
| 103B | 7/30/18 Email from Monarca to Salafia (cc Pekar, Ouellette, Flis, Delaney, and Duffy) re: "Weaver High School" | OUE-0008 - 9 | Intend to Offer |
| 104 | 8/15/18 Letter from Acranom Masonry to Newfield + Downes re: "Weaver High School Project Delays and Disruption Impact Costs" | OUE-0011 - 18 | Intend to Offer |
| 105 | 8/20/18 Letter from Ouellette to Duffy re: "Renovations to Weaver High School, State Project #064-0307 - Acranom Claim Letter dated 8.15.18" | ARCADIS-175235 | Intend to Offer |

**GOVERNMENT TRIAL EXHIBIT LIST**

| GOV. EX. # | EXHIBIT DESCRIPTION | Bates # | Intend to Offer/If Need Arises/For Identification |
|---|---|---|---|
| 106 | 8/22/18 Email from Ouellette to Duffy and Monarca (cc Pekar, Flis, Zak, Guilbeault, Delaney, Salafia) re: "WHS AMI Delay Claim" | OUE-0019 | Intend to Offer |
| 107 | 8/29/18 Letter from Acranom Masonry to Newfield + Downes re: "Acranom Claim at Weaver High School Project." | ARCADIS-181021 - 181022 | Intend to Offer |
| 108 | Invitation to 11/28/18 meeting re: "Newfield" from Diamantis to Dellaripa and Ouellette | CT_DAS40000002 | Intend to Offer |
| 109 | Invitation to 11/28/18 meeting re: "Speak with Kosta - OSCGRA" from Dellaripa to Ouellette | OUE-0026 | Intend to Offer |
| 110 | 12/5/18 Email from DiMauro to Thompson and Diamantis (cc Duffy and Ouelette) re: "Acranom Weaver Issues" | OUE-0028 | Intend to Offer |
| 111 | 12/7/18 Email from Ouellette to DiMauro | OUE-0029 | Intend to Offer |
| 112 | Invitation to 12/10/18 meeting re: "Meet with OSCGRA" | OUE-0030 | Intend to Offer |
| 113 | 12/11/18 Email from Ouellette to Dellaripa re: "Re: Football Field" | OUE-0031 - 32 | Intend to Offer |
| 114 | 12/13/18 Email from DiMauro to Ouellette re: "Weaver Meeting at OSCG" | OUE-0033 | Intend to Offer |
| 115 | Invitation to 12/14/18 meeting re: "FW: Weaver Bid and Alternate Review" | OUE-0034 | If Need Arises |
| 116 | 1/11/19 Email from Ouellette to Salafia, Morhadt, Corey, and Flis re: "RE: Wednesday Masonry walk through" | OUE-0057 | Intend to Offer |
| 117 | 1/14/19 Letter from Newfield + Downes to Acranom Masonry re: "Renovations to Weaver High School, State Project #064-0307 - Acranom Masonry, Inc. Claim Follow up Letter dated 12.3.18" | OUE-0060 - 61 | Intend to Offer |
| 118 | 1/14/19 Email from DiMauro to Carranza, Salafia, Butkusx, Ouellette re: "N+D Subcommittee Meeting, Amendment 1.6" | ARCADIS-190316 | Intend to Offer |
| 119 | 1/17/19 Email from Ouellette to Duffy and Monarca (cc Pekar, Flis, Zak, Guilbeault, and Netz) re: "WHS Masonry Punch list" | OUE-0071 | Intend to Offer |
| 120 | 1/24/2019 Email from Ouellette to DiMauro re: "RE: Acronim" | OUE-0073, 72 | Intend to Offer |
| 122 | 1/25/19 Email from Butkus to DiMauro, Salafia, Morhardt (cc Ouellette, Colon, Dellaripa, Bazzano, Furtak, Carranza) re: "RE: Award to Acranom, BP 4. 10 Masonry Weaver Phase 4" | ARCADIS-176106 | Intend to Offer |
| 123 | 1/25/19 Email from Ouellette to Flis, Zak, Guilbeault, Netz, Pekar, Clarke, and Rendon re: "FW: Award to Acranom, BP 4. 10 Masonry Weaver Phase 4" | OUE-0075 - 76 | Intend to Offer |
| 124 | 1/25/19 Letter from Newfield + Downes to Acranom Masonry Inc. re: "Weaver High School Notification of Contract Award" | OUE-0077 | Intend to Offer |
| 125 | 1/25/19 Contract Information Sheet - Weaver High School - Acranom Masonry, Inc. | ACRANOM-000670 - 736 | Intend to Offer |
| 126 | 1/28/19 Email from Dellaripa to Diamantis re: "FW: Acranom Award, Weaver" | COH-0000143545 | Intend to Offer |
| 127 | 1/28/19 Email from Ouellette to Flis, Pekar, Zak, and Guilbeault re: "Fwd: WHS Masonry In Progress Punch list" | OUE-0080, 79, 78, 81 | Intend to Offer |
| 128 | 1/29/19 Email from Diamantis to Dellaripa re: "RE: Acranom Award, Weaver" | CT_DAS40004664 | Intend to Offer |
| 129 | 2/27/19 Letter from Duffy to Ouellette re: "Weaver High School Project Acarnom Request for Equitable Adjustment" | OUE-83 - 85 | Intend to Offer |

**GOVERNMENT TRIAL EXHIBIT LIST**

| GOV. EX. # | EXHIBIT DESCRIPTION | Bates # | Intend to Offer/If Need Arises/For Identification |
|---|---|---|---|
| 130 | 3/22/19 Email from Ouellette to Duffy re: "WHS Delay Claim Follow up; 3.22.19" | OUE-0086, 88 - 90 | Intend to Offer |
| 131 | 3/22/19 Email from Ouellette to Salafia, Flis and, Pekar re: "WHS ND Response to AMI claim letter dated 2.27.19" | OUE-0087 - 90 | Intend to Offer |
| 132 | 4/18/19 Email from Ouellette to Salafia re: "Fwd: WHS Delay Claim Follow up; 3.22.19" | OUE-0094 - 97 | Intend to Offer |
| 133 | 4/24/19 Email from Ouellette to Duffy re: "RE: WHS Delay Claim Follow up; 3.22.19" | OUE-0098 - 99 | Intend to Offer |
| 134 | 5/13/19 Email from Ouellette to Monarca re: "RE: RE:" | OUE-0102, 101, 100 | Intend to Offer |
| 135 | 5/21/19 Email from Ouellette to Monarca re: "RE:", 5/28/2019 Email from Duffy to Diamantis re "FW: weaver update" | DUFFY-000165 - 167 | Intend to Offer |
| 136 | 6/13/19 Email from Diamantis to Ouellette, Fabiani, and Sifuentes re: "RE: 064-0307 Hartford Weaver HS - CO review" | ARCADIS-185213 | Intend to Offer |
| 137 | 7/3/19 Email from Monarca to Ouellette (cc Duffy) re: "Wever [sic] close out" | ACRANOM-0239033 | Intend to Offer |
| 138 | 8/29/19 Email from Ouellette to Corey, Larson, and Salafia re: "FW: exterior punchlist" | OUE-0104 - 105 | Intend to Offer |
| 139 | 9/10/19 Email from Ouellette to Duffy re: "RE: Acranom Weaver Punch list reply" | OUE-0106 - 121 | Intend to Offer |
| 140 | 10/29/19 Email from Ouellette to Duffy re: "RE: Acranom Weaver Punch list reply" | OUE-0122 - 129 | Intend to Offer |
| 141 | 10/31/19 Summary of Contracts, State Project No.: 064-0307A/RR/EC/RN, Weaver High School | ARCADIS-432167 - 432168 | Intend to Offer |
| 142 | 2/11/20 Email from Monarca to Ouellette (cc Duffy) re: "Weaver" | OUE-0130 | Intend to Offer |
| 143 | 2/17/20 Letter from Acranom Masonry Inc. to Newfield + Downes re: "Revised Request for Equitable Adjustment, Weaver High School, Phase 2" | OUE-0132 | Intend to Offer |
| 144 | 2/17/20 Email from Ouellette to Monarca (cc Duffy) re: "RE: Phase 2 Resolution" | OUE-0133 | Intend to Offer |
| 145A | 2/20/20 Email from Monarca to Ouellette (cc Salafia, Diamantis, Dellaripa, Duffy) re: "Settlement for Closeout Phase 2" | ARCADIS-206765 - 206767 | Intend to Offer |
| 145B | 2/20/20 Email from Diamantis to Monarca (cc Ouellette, Salafia, Dellaripa, Duffy) re: "Re: Settlement for Closeout Phase 2" | ARCADIS-208252 - 208254 | Intend to Offer |

| GOV. EX. # | EXHIBIT DESCRIPTION | Bates # | Intend to Offer/If Need Arises/For Identification |
|---|---|---|---|
| 146 | 2/21/20 Invitation to 2/26/20 meeting re: "Acranom claim resolution" from Salafia to Salafia, Diamantis, Dellaripa, and Ouellette | COH-0000141091 | Intend to Offer |
| 147 | Invitation to 2/26/20 meeting re: "Acranom claim resolution" from Salafia to Ouellette | OUE-0136 | Intend to Offer |
| 148 | 3/2/20 Email from Ouellette to Salafia re: "WHS COR #480" | OUE-0137 - 138 | Intend to Offer |
| 149 | 4/1/21 Summary of Contracts, State Project No.: 064-0307A/RR/EC/RN, Weaver High School | ARCADIS-347071 - 347088 | Intend to Offer |
| 150 | Acranom Masonry Inc - Resume of Completed Projects | ACRANOM-183097 | For Identification |
| 151 | 4/7/21 State of Connecticut DAS Contractor Prequalification for Acranom Masonry, Inc. | ACRANOM-212597 - 212600 | For Identification |
| 200 | 4/24/19 Email from Diamantis to Duffy re: "Re: Ana Grace Masonry Budget" | DUFFY-000186 - 187 | Intend to Offer |
| 201 | 12/5/19 CREC Ana Grace Academy of the Arts Subcontract/Purchase Order Agreements - Acranom Mansonry Inc. | ACRANOM-000026 - 108 | Intend to Offer |
| 300 | 1/16/19 Letter from Tolland Superintendent of Schools to Diamantis | TOLLAND-034804 | Intend to Offer |
| 301 | 1/18/19 Letter from Connecticut Department of Administrative Services to Superintendent of Schools Tolland Public Schools re: "Birch Grove Primary School - Tolland Emergency Status" | TOLLAND-034803 | Intend to Offer |
| 302 | 3/26/19 Town of Tolland Town Council Resolution | TOLLAND-03107 - 3110 | If Need Arises |
| 303 | 5/7/19 Standard Form of Agreement Between Contractor and Subcontractor between D'Amato Construction Co., Inc. and Acranom Mansonry [sic] re: "Birch Grove Primary School" | DAMATO-003384 - 3405 | Intend to Offer |
| 304 | 6/6/19 Email from DiBenedetto to Willet, Werbner, Joy, and Bellody re: "CAP - Revised Phased Contracts and References" | TOLLAND-046891 | Intend to Offer |
| 305 | 6/20/19 Consulting Agreement between Town of Tolland and Construction Advocacy Professionals, LLC for the Birch Grove Primary School | TOLLAND-046870 - 46773 | Intend to Offer |
| 306 | 9/4/19 Standard Form of Agreement Between Owner and Construction Manager as Constructor between Town of Tolland and D'Amato Construction Co., Inc. re: "Birch Grove Primary School - BUILDING PHASE" | DAMATO-003029 - 3117 | Intend to Offer |
| 307 | 9/18/19 Amendment to Consulting Agreement (effective 6/20/19) between Town of Tolland and Construction Advocacy Professionals, LLC for the Birch Grove Primary School | TOLLAND-023221 - 23224 | Intend to Offer |
| 308 | 11/13/19 Email from Diamantis to Duffy re: "Re: H19006.00 Birch Grove 11-07-19 OAEC Meeting Minutes" | DUFFY-000188 - 189 | Intend to Offer |
| 309 | 1/3/20 Amendment to 5/7/19 Agreement | DAMATO-216397 - 216399 | Intend to Offer |
| 310 | 6/22/20 Standard Form of Agreement between Contractor and Subcontractor between D'Amato Construction Co., Inc. and Acranom Mansonry [sic] | DAMATO-544872 - 544896 | Intend to Offer |

| GOV. EX. # | EXHIBIT DESCRIPTION | Bates # | Intend to Offer/If Need Arises/For Identification |
|---|---|---|---|
| 311 | 9/21/21 Email from Bellody to "Antonietta" and Hancock re: "Audit Document List" | TOLLAND-048602 | Intend to Offer |
| 400 | 9/14/18 Email from Granato to Stewart (cc Dorsey) re: "RE: conference call with the State Department of Education, school construction division" | NEWBRITAIN-000027 - 28 | If Need Arises |
| 401 | 10/20/18 Email from Dicon to Moore re: "Fw: New Britain Project# 089-0163RR Smith Re-Roof" | NEWBRITAIN-00213 | Intend to Offer |
| 402 | 8/21/19 Consulting Agreement between City of New Britain and Construction Advocacy Professionals, LLC | ROY_0000096 - 99 | Intend to Offer |
| 403 | 10/2/19 Email from Gelineau to Kane, Dixon, and Sarra re: "RE: Status of New Britain Schools Outstanding School Construction Projects" | NEWBRITAIN-000327 | Intend to Offer |
| 404 | 10/9/19 Email from Kane to "Anotinetta" and Moore (cc Sarra) re: "RE: New Britain BOE - Project closeout" | ROY_000092 - 93 | Intend to Offer |
| 405 | 1/14/20 Email from Clarke to Dixon, Diamantis, and Moore (cc Aronne and Gelineau) re: "RE: City of New Britain - 'close outs' for school construction projects" | NEWBRITAIN-000199 - 200 | Intend to Offer |
| 406 | 2/21/20 Email from Clarke to Moore (cc Dixon, Diamantis, Aronne, Gelineau, and Kane) re: "Re: City of New Britain - - 'close outs' for school construction projects" | NEWBRITAIN-001272 - 1275 | Intend to Offer |
| 407 | 3/4/20 Email from Dixon to Moore, Roy, Kane, and Sarra (cc Talalaj) re: "RE: NB Audit Review" | NEWBRITAIN-000185 | Intend to Offer |
| 408 | 3/5/20 Email from Moore to Dixon re: "RE: NB Audit Review" | NEWBRITAIN-000102 - 103 | Intend to Offer |
| 409 | 6/7/20 Email from Dixon to Moore re: "Northend 089-0155" | NEWBRITAIN-000138 | Intend to Offer |
| 410 | 6/24/20 Email from Dixon to Moore re: "Re: Northend Response to Email Question #1" | NEWBRITAIN-00098 | Intend to Offer |
| 411 | 1/6/21 Email from Kane to Roy (cc Sarra and Dion) re: "FW: Status of New Britain Schools Outstanding School Construction Projects" | ROY_000094 - 95 | Intend to Offer |
| 412 | 1/21/21 Letter from New Britain Superintendent of Schools to Connecticut State Department of Education re: "New Britain High School, ADA Code Compliance" | NEWBRITAIN-00252 - 263 | If Need Arises |
| 413 | 2/5/21 Email from Kane to Wood, Sarra, Dion (cc Reault) re: "RE: New Britain High School" | NEWBRITAIN-000250 - 251 | If Need Arises |
| 414 | 2/19/21 Owner's Representative Services Agreement between New Britain Board of Education and Construction Advocacy Professionals, LLC | CAP-025570 -25590 | Intend to Offer |
| 415 | 3/2/2022 Email from Granato to Skelly (cc Perugini) re: "FW: NB SCHOOL PROJECT CLOSEOUTS" | NEWBRITAIN-000025 - 26 | Intend to Offer |
| 500 | 9/25/19 Email from Dellaripa to Colon and Diamantis re: "RE: Planning for the Bulkeley Renovations" | COH-0000144306 | Intend to Offer |
| 501 | 10/10/19 Email from Dellaripa to Francis re: "RE: Monthly CIP Meeting" | COH-0000144416 | Intend to Offer |

| GOV. EX. # | EXHIBIT DESCRIPTION | Bates # | Intend to Offer/If Need Arises/For Identification |
|---|---|---|---|
| 502 | 10/22/19 Email from Dellaripa to Colon re: "Re: Meeting tomorrow with Kosta is at noon at Capital Grille" | COH-0000144422 | Intend to Offer |
| 503 | 10/22/19 Email from Dellaripa to Colon re: "Re: Meeting tomorrow with Kosta is at noon at Capital Grille" | COH-0000144417 | Intend to Offer |
| 504 | 10/23/19 Email from Looney to Dellaripa, et al. re: "Re: Monthly CIP Meeting" | COH-0000265155 | Intend to Offer |
| 505 | 11/1/19 Email from Colon to Butkus, Dellaripa, and Bazzano (cc Salafia) re: "Bulkeley" | COH-0000157298 | Intend to Offer |
| 506 | 11/1/19 Email from Colon to Dellaripa re: "RE: CA Services Bulkeley HS" | COH-0000157309 | Intend to Offer |
| 507 | 11/8/19 Email from Colon to Diamantis (cc Dellaripa) re: "Meeting to Discuss Bulkeley PM and CA" | COH-0000157441 | Intend to Offer |
| 508 | 11/11/19 Email from Colon to to Diamantis (cc Dellaripa) re: "Confirming Thursday at 1pm RE: Meeting to Discuss Bulkeley PM and CA" | COH-0000157445 | Intend to Offer |
| 509 | 11/11/19 Email from Dellaripa to Colon re: "Re: Important change RE: Meeting to Discuss Bulkeley PM and CA" | COH-0000144578 - 144580 | Intend to Offer |
| 510 | 11/12/19 Email from Colon to Dellaripa re: "RE: CA Services Bulkeley" | COH-0000157447 | Intend to Offer |
| 511 | 12/23/19 Email from Butkus to Colon and Salafia re: "RE: CA Services BOE Relocation" | ARCADIS-201502 | Intend to Offer |
| 512 | 2/18/20 Arcadis Action Item from Butkus to Hartford School Building Committee re: "Bulkeley High School Renovation - State Project #064-0313 - Recommendation for Award of Construction Manager as Constructor (CMC) Services" | COH-0000013877 - 13883 | If Need Arises |
| 513 | 3/2/20 Hartford School Building Committee Request for Qualifications and Proposals for Construction Administration Services - Bulkeley High School OSCG Project #064-0313 RNV | ARCADIS-001366 - 1377 | Intend to Offer |
| 514 | Bulkeley High School Request for Proposals for General Construction Administrator Services Questions and Answers #1 | COH-0000222370 | If Need Arises |
| 515 | Document: "Designated Services" and "Construction Administrator (CA) Qualifications" | COH-0000144444 - 144445 | If Need Arises |
| 516 | 3/5/20 Invitation from Salafia to Salafia, Dellaripa, Colon, Bazzano, Zachery, and Butkus re: "Bulkeley Construction Admin. Selection" on 3/13/20 | COH-0000141086 | Intend to Offer |
| 517 | 3/13/20 Proposal to Hartford School Building Committee by Construction Advocacy Professionals, LLC | COH-0000222385 - 222418 | Intend to Offer |
| 518 | 3/16/20 email communication from Salafia to Diamantis re: "Fwd: CA Services Buckeley HS" | ARCADIS-159272 - 159273 | Intend to Offer |
| 519 | 3/16/20 email communication from Dellaripa to Butkus and Colon (cc Sifuentes, Hammond and Salafia) re: "Fwd: CA Services Buckeley HS" | ARCADIS-427246 | Intend to Offer |
| 520 | 3/26/20 Email from Butkus to Colon, Dellaripa, Bazzano re: "FW: Bulkeley High School CA Services" | COH-0000158407 | Intend to Offer |

| GOV. EX. # | EXHIBIT DESCRIPTION | Bates # | Intend to Offer/If Need Arises/For Identification |
|---|---|---|---|
| 521 | 3/27/20 Email from Butkus to Bazzano re: "RE: Bulkeley High School CA Servcies" | ARCADIS-137763 - 137764 | Intend to Offer |
| 522 | 4/27/20 Email from Dellaripa to Colon re: "RE: Bulkeley CA" | COH-0000145246 | Intend to Offer |
| 523 | 4/28/20 Email from Dellaripa to Sifuentes and Butkus (cc Colon and Salafia) re: "RE: CAP Agreement" | COH-0000145260 - 145262 | Intend to Offer |
| 524 | 4/29/20 Standard Form of Agreement between Hartford School Building Committee and Construction Advocacy Professionals, LLC - Bulkeley High School | ARCADIS-001381 - 1393 | Intend to Offer |
| 525 | 5/13/20 City of Hartford Department of Public Works Office of the Director Memorandum from Dellaripa to Bid Review Committee re: "Bulkeley High School Renovation - State Project #TMP-064-0313 - Recommendation for Award of Construction Administrator (CA) Services - CPA" | BOE-0000024321 - 24322 | Intend to Offer |
| 526 | 6/4/20 Memorandum from Sifuentes to Cicero re: "Purchase Requisition - Construction Advocacy Professionals (CAP) - Bulkeley High School Renovation - State Project #064-0313 - Construction Administrator (CA) Services | COH-0000325426 - 325439 | Intend to Offer |
| 527 | 10/28/20 SLAM Meeting Minutes - Budget Summary Review with OSCGR - Project: Bulkeley High School Renovation/Addition | ARCADIS-012027 - 12036 | If Need Arises |
| 528A | 1/27/2021 Letter to Dr. Torres-Rodriguez re: "Authorization to Proceed, District Support Spaces at Bukeley High School" | ARCADIS-012066 | If Need Arises |
| 528B | 1/28/2021 Arcadis/O&G/C&R Program Management Memorandum from Butkus to Gale | ARCADIS-012064 - 12065 | If Need Arises |
| 528C | 2/22/21 City of Hartford Court of Common Council Virtual Meeting Agenda | ARCADIS-012059 - 12063 | If Need Arises |
| 529 | Project Status Report Month Ending October 31, 2021 - Bulkeley High School Renovation District Support Facilities | ARCADIS-011910 - 11915 | If Need Arises |
| 600A | Acranom Masonry Checks to Sal Monarca and John Duffy; Konstantinos Diamantis Cash Deposits (Dec. 2017 - Dec. 2021) | IRS-001001 | Intend to Offer |

UNITED STATES v. KONSTANTINOS DIAMANTIS, 3:24CR108(SRU)
**GOVERNMENT TRIAL EXHIBIT LIST**

| GOV. EX. # | EXHIBIT DESCRIPTION | Bates # | Intend to Offer/If Need Arises/For Identification |
|---|---|---|---|
| 600B | Payments from Constructiono Advocacy Professionals, LLC/Antonietta Roy to Anastasia Diamantis (May 2019 - Oct. 2021) | IRS-001001 | Intend to Offer |
| 600C | Checks from Antonietta Roy to Konstantinos Diamantis (2019 - 2021) | IRS-001001 | Intend to Offer |
| 601 | 5/16/19 Construction Advocacy Professionals, LLC check to Anastasia Diamantis for "April hours" | BOA-000879 - 880 | If Need Arises |
| 602 | 6/8/19 Construction Advocacy Professionals, LLC check to Anastasia Diamantis for "4.5 hrs May 2019" | BOA-000883 - 884 | If Need Arises |
| 603 | 7/31/19 Construction Advocacy Professionals, LLC check to Anastasia Diamantis for "June hours" | BOA-000889 - 890 | If Need Arises |
| 604 | 8/27/19 Construction Advocacy Professionals, Llc check to Anastasia Diamantis for "July 2019 hours" | BOA-000895 - 896 | If Need Arises |
| 605 | 8/27/19 Construction Advocacy Professionals, Llc check to Anastasia Diamantis for "August 2019 hours" | BOA-000897 - 898 | If Need Arises |
| 606 | 8/27/19 Construction Advocacy Professionals Llc check to Anastasia Diamantis for "Bonus" | BOA-000899 - 900 | Intend to Offer |
| 607 | 10/3/19 Construction Advocacy Professionals, Llc check to Anastasia Diamantis for "Sept 2019 Hours" | BOA-000903 - 904 | If Need Arises |
| 608 | 11/6/19 Construction Advocacy Professionals, Llc check to Anastasia Diamantis for "Oct 2019 Hours" | BOA-000905 - 906 | If Need Arises |
| 609 | 12/2/19 Construction Advocacy Professionals, Llc check to Anastasia Diamantis for "Nov. 2019 Hours" | BOA-000909 - 910 | If Need Arises |
| 610 | 1/30/20 Construction Advocacy Professionals, LLC check to Anastasia Diamantis for "Dec 19 / Jan 20 hours" | BOA-000919 - 920 | If Need Arises |
| 611 | 3/9/20 Construction Advocacy Professionals, LLC check to Anastasia Diamantis for "February Hours 2020" | BOA-000927 - 928 | If Need Arises |
| 612 | 5/3/20 Construction Advocacy Professionals, LLC check to Anastasia Diamantis for "March/April hours" | BOA-000929 - 930 | If Need Arises |
| 613 | 6/9/20 Construction Advocacy Professionals, Llc check to Anastasia Diamantis for "May 2020" | BOA-000931 - 932 | If Need Arises |
| 614 | 12/13/20 Roy check to Anastasia Diamantis | BOA-000943 | Intend to Offer |
| 620 | 7/8/19 DiBenedetto check to Diamantis | LIBERTY-000486 | Intend to Offer |
| 621 | 8/2/19 Liberty Bank Statement for Antonietta DiBenedetto (account x3603) | LIBERTY-000149 - 153 | If Need Arises |

| GOV. EX. # | EXHIBIT DESCRIPTION | Bates # | Intend to Offer/If Need Arises/For Identification |
|---|---|---|---|
| 622 | 4/30/20 Town of Tolland check to Construction Advocacy Professionals LLC | LIBERTY-000407 | If Need Arises |
| 623 | 10/1/20 Town of Tolland check to Construction Advocacy Professionals LLC | LIBERTY-000436 | If Need Arises |
| 624 | 10/29/20 Town of Tolland check to Construction Advocacy Professionals LLC | LIBERTY-000439 | If Need Arises |
| 625 | 12/3/20 Town of Tolland check to Construction Advocacy Professionals LLC | LIBERTY-000446 | If Need Arises |
| 626 | 12/31/20 Liberty Bank Statement for Antonietta DiBenedetto (account x3603) | LIBERTY-000193 - 194 | If Need Arises |
| 627 | 1/4/21 Roy check to Diamantis | LIBERTY-0000487 | Intend to Offer |
| 628 | 2/3/21 Liberty Bank Statement for Antonietta DiBenedetto (account x3603) | LIBERTY-000195 - 197 | If Need Arises |
| 629 | 2/17/21 Horst Engineering & Manufacturing Co. check to Construction Advocacy Professionals, LLC | LIBERTY-000399 | If Need Arises |
| 630 | 3/8/21 City of Hartford check to Construction Advocacy Professionals LLC | LIBERTY-0000400 | If Need Arises |
| 631 | 3/17/21 Roy check to Diamantis | LIBERTY-000484 - 485 | Intend to Offer |
| 632 | 4/2/21 Liberty Bank Statement for Antonietta DiBenedetto (account x3603) | LIBERTY-000200 - 201 | If Need Arises |
| 640 | Farmington Savings Bank - account x2117 opening form | PUB-000037 - 38 | Intend to Offer |
| 641 | Farmington Savings Bank / People's United Bank - account x2117 statements (Dec. 30, 2017 - Sept. 29, 2020) | PUB-000038 - 446 | If Need Arises |
| 642 | 8/27/18 Farmington Bank Deposit Ticket - account x2117 | PUB-000143 | Intends to Offer |
| 643 | 1/16/20 People's United Bank Deposit Ticket - - account x2117 | PUB-000390 | Intends to Offer |
| 650 | TD Bank New Business Account for Acranom Masonary Inc. account x6691 | TDBANK6691-000799 - 800 | Intend to Offer |
| 651 | Records from TD Bank for Acranom Masonary Inc. account x6691 | TDBANK6691-000801 | For Identification |
| 652 | TD Bank records - 8/24/2018 Acranom Masonry, Inc. check to Monarca | TDBANK-6691-000008 (at 6722) | Intend to Offer |
| 653 | TD Bank records - 12/6/2018 Acranom Masonry, Inc. check to Monarca | TDBANK-6691-000008 (at 9165) | Intend to Offer |
| 654 | TD Bank records - 8/20/19 Acranom Masonry, Inc. check to Duffy | TDBANK-6691-000008 (at 15705) | Intend to Offer |
| 655 | TD Bank records - 9/30/2019 Acranom Masonry, Inc. check to Duffy | TDBANK-6691-000008 (at 16605) | Intend to Offer |
| 656 | TD Bank records - 10/11/2019 Acranom Masonry, Inc. check to Duffy | TDBANK-6691-000008 (at 16809) | Intend to Offer |
| 657 | TD Bank records - 1/15/20 Acranom Masonry, Inc. check to Monarca | TDBANK-6691-000008 (at 18186) | Intend to Offer |
| 658 | TD Bank records - 1/21/20 Acranom Masonry, Inc. check to Monarca | TDBANK-6691-000008 (at 18231) | Intend to Offer |
| 659 | TD Bank records - 4/15/20 Acranom Masonry, Inc. check to Monarca | TDBANK-6691-000008 (at 19100) | Intend to Offer |
| 700A | July 2019 Calls - Diamantis/Roy | FBI-006434 | Intend to Offer |
| 700B | August 2019 Calls - Diamantis/Duffy/Monarca | FBI-006434 | Intend to Offer |
| 700C | September 2019 Calls - Diamantis/Duffy/Monarca | FBI-006434 | Intend to Offer |

UNITED STATES v. KONSTANTINOS DIAMANTIS, 3:24CR108(SRU)
**GOVERNMENT TRIAL EXHIBIT LIST**

| GOV. EX. # | EXHIBIT DESCRIPTION | Bates # | Intend to Offer/If Need Arises/For Identification |
|---|---|---|---|
| 700D | October 2019 Calls - Diamantis/Duffy/Monarca | FBI-006434 | Intend to Offer |
| 700E | January 2020 Calls - Diamantis/Duffy/Monarca | FBI-006434 | Intend to Offer |
| 700F | March 2020 Calls - Diamantis/Roy/Salafia/Dellaripa | FBI-006434 | Intend to Offer |
| 700G | April 2020 Calls - Diamantis/Duffy/Monarca | FBI-006434 | Intend to Offer |
| 700H | March 2021 Calls - Diamantis/Roy | FBI-006434 | Intend to Offer |
| 701 | Verizon records -"Kosta Diamantis" (3/10/20- 3/16/20) | VERIZON-000199 - 203 | For Identification |
| 800 | Connecticut Office of the State Comptroller - "Federal Aid Restricted" 2017 | CTCMP-000002 - 15 | If Need Arises |
| 801 | Connecticut Office of the State Comptroller - "Federal Aid Restricted" 2018 | CTCMP-000016 - 28 | If Need Arises |
| 802 | Connecticut Office of the State Comptroller - "Federal Aid Restricted" 2019 | CTCMP-000029 - 42 | If Need Arises |
| 803 | Connecticut Office of the State Comptroller - "Federal Aid Restricted" 2020 | CTCMP-000043 - 56 | If Need Arises |
| 804 | Connecticut Office of the State Comptroller - "Federal Aid Restricted" 2021 | CTCMP-000057 - 70 | If Need Arises |
| 900 | 8/29/23 Recording of Diamantis Interview with Federal Bureau of Investigation | FBI-006288 | Intend to Offer |
| 900B | Verbatim transcription of 8/29/23 Recording of Diamantis Interview with Federal Bureau of Investigation | FBI-006369 - 6399 | For Identification |
| 901 | 9/19/23 Recording of Diamantis Interview with Federal Bureau of Investigation | FBI-006292 | Intend to Offer |
| 901B | Verbatim transcription of 9/19/23 Recording | FBI-006405 - 6430 | For Identification |
| 902 | IRS Criminal Investigation Memorandum of 12/8/23 Interview of Diamantis | FBI-004620 - 4630 | For Identification |
| 1000 | 5/27/16 Letter from Curry to Diamantis | DIAMANTISPHONE-192378 | If Need Arises |
| 1001 | 2016 W-2 for Diamantis | ALBERTKORNCPA-000023 | If Need Arises |
| 1002 | Parents Financial Statement 2016-2017 Academic Year for Julianna Diamantis | PORTER-000015 - 25 | If Need Arises |
| 1003 | 2017 W-2 for Diamantis | ALBERTKORNCPA-000048 | If Need Arises |
| 1004 | Parents Financial Statement 2017-2018 Academic Year for Julianna Diamantis | PORTER-000033 - 42 | If Need Arises |
| 1005 | 2018 W-2 for Diamantis | ALBERTKORNCPA-000072 | If Need Arises |
| 1006 | Parents Financial Statement 2018-2019 Academic Year for Julianna Diamantis | PORTER-000050 - 57 | If Need Arises |
| 1007 | 2019 W-2 for Diamantis | ALBERTKORNCPA-000080 | If Need Arises |
| 1008 | Parents Financial Statement 2019-2020 Academic Year for Julianna Diamantis | PORTER-000065 - 74 | If Need Arises |
| 1009 | 2020 W-2 for Diamantis | ALBERTKORNCPA-000083 | If Need Arises |
| 1010 | 2021 W-2 for Diamantis | ALBERTKORNCPA-000103 | If Need Arises |
| 1012 | State of Connecticut Department of Administrative Services - 12/2018 organizational charts | DAS-000114 - 115<br>DAS-000140 | If Need Arises |
| 1013 | State of Connecticut Department of Administrative Services - 9/2019 organizational charts | DAS-000147<br>DAS-000166 | If Need Arises |
| 1014 | State of Connecticut Department of Administrative Services - 2/2020 organizational charts | DAS-000179<br>DAS-000198 | If Need Arises |
| 1015 | State of Connecticut Department of Administrative Services - 10/2021 organizational charts | DAS-000214<br>DAS-000232 | If Need Arises |
| 1016 | State of Connecticut Department of Administrative Services - 3/2022 organizational charts | DAS-00251 | If Need Arises |
| 1017 | Driver License for Diamantis | ALBERTKORNCPA-000043 | If Need Arises |
| 1018 | DAS Small Agency Resource Team - New Employee Orientation | CTY_00000005 - 22 | Intend to Offer |
| 1018A | State of CT Code of Ethics | CTY_00000061 - 79 | Intend to Offer |

*UNITED STATES v. KONSTANTINOS DIAMANTIS,* 3:24CR108(SRU)

**GOVERNMENT TRIAL EXHIBIT LIST**

| GOV. EX. # | EXHIBIT DESCRIPTION | Bates # | Intend to Offer/If Need Arises/For Identification |
|---|---|---|---|
| **1018B** | DAS Standards of Conduct | CTY_00000094 | If Need Arises |
| **1019** | 3/10/20 Department of Adminstrative Services memo re: "Delegation of Authority - Division of Real Estate and Construction Services (DCS)" | DAS-000290 - 294 | If Need Arises |
| **1020** | 11/19 Memorandum of Understanding Between the Department of Administrative Services and the Office of Policy and Management | DAS-000296 - 300 | If Need Arises |
| **1021** | 11/4/19 email from McCaw to Geballe re: "Re: Kosta transition recommended gameplan" | DAS-000304 - 316 | If Need Arises |
| **1022** | 11/20/19 Letter from McCaw to Diamantis | DIAMANTISPHONE-192384 | If Need Arises |