UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA                              No. 3:24-cr-108 (SRU)

v.

KONSTANTINOS DIAMANTIS                              September 30, 2025

### NOTICE RE: EXHIBITS TO WHICH THERE IS NO OBJECTION

The Government, on behalf of both parties, respectfully notifies the Court that the parties

have conferred and agreed that every exhibit on either the Government's or the defendant's exhibit

list filed as of this date is authentic and admissible, except that the defendant reserves the right to

oppose any *Geaney* finding and any sensitive personal identification information (such as social

security numbers) will be redacted before an exhibit is submitted to the jury.


Respectfully submitted,

DAVID E. NOVICK
Attorney for the United States, Acting under
Authority Conferred by 28 U.S.C. § 515


                    /s/
JONATHAN N. FRANCIS
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv05083
jonathan.francis@usdoj.gov
DAVID E. NOVICK
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv02874
david.novick@usdoj.gov
157 Church Street, 25th Floor
New Haven, CT    06510
Tel.: (203) 821-3700

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2025, a copy of the foregoing was filed electronically.   Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.   Parties may access this filing through the Court's CM/ECF System.

_____/s/_____
JONATHAN N. FRANCIS
ASSISTANT UNITED STATES ATTORNEY
