UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     PLAINTIFF ) | |
| ) | 3:24-CR-00108 (SRO) (RAR) |
| VS. ) | |
| ) | |
| KONSTANTINOS DIAMANTIS, AKA "KOSTA" ) | |
|     DEFENDANT ) | OCTOBER 2, 2025 |

_____

### DEFENDANT'S MOTION TO SUPPLEMENT WITNESS LIST

Consistent with the Court's Standing Order on Discovery (C)(1)(a), the Defendant hereby provides notice regarding an additional witness he intends to call at trial. Please note that the telephone number and address is available to opposing counsel on request:

Gov. Ned Lamont

> DEFENDANT,
> KONSTANTINOS DIAMANTIS, AKA "KOSTA"
> **By:         /s/     Norman A. Pattis, Esq.**
> Norman A. Pattis, Esq.
> PATTIS & PAZ, LLC
> 383 Orange St., 1st Floor
> New Haven, CT  06511
> Tel:    203-393-3017
> Fax:    203-393-9745
> Email:  npattis@pattispazlaw.com
> Federal Bar No.: ct13120

1

## CERTIFICATION

I hereby certify that on October 2, 2025, a copy of the foregoing was filed electronically. Notice of this filing was sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                                     /s/     **Norman A. Pattis, Esq.**