UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT
## CRIMINAL JURY SELECTION MINUTES

Date: 10/03/2025

Case #: 3:24-cr-00108-SRU    Deft #: 1

Honorable Judge: Stefan R. Underhill

**UNITED STATES OF AMERICA**

Vs.

KONSTANTINOS DIAMANTIS

Deputy Clerk: J. Reis
Counsel for Govt: Jonathan N. Francis and David E. Novick
Counsel for Dft(s): Norman A. Pattis

Start Time: 8:48 AM   End Time: 2:28 PM
Recess (if more than ½ hr): 1:02 PM to 2:01 PM
Total Time: 4 hour(s) 41 minute(s)

Reporter/ECRO/Courtsmart: Melissa Cianciullo
Interpreter: NA   Language: NA
USPO: NA

- ☐ Deft _____ failed to appear ☐ Bench warrant issued
- ■ Jury Selection held ☐ Grand Jury Selection held ☐ GJ # _____
- ☐ Juror # _____ selected as Foreperson ☐ Juror # _____ selected as Deputy Foreperson
- ☐ Jury Selection continued until _____ at _____
- ■ Number of jurors present 82
- ■ Voir Dire oath administered by Clerk
- ☐ Voir Dire oath previously administered by Clerk
- ☐ Voir Dire by Court
- ■ Peremptory challenges exercised
- ■ Jury of 16 drawn (12 jurors/4 alternates; alternates to be chosen randomly at the close of evidence)
- ■ Remaining jurors excused
- ■ Jury trial scheduled to begin on 10/06/25 at 8:45 AM with counsel ; evidence to begin at 9:15 AM
- ☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
- ☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
- ☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
- ☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ■ COPY TO: Jury clerk with juror lists

**NOTES**

Rev. 4/11/24