**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
# CRIMINAL TRIAL MINUTES

Date 10/8/2025

Case # 3:24-cr-00108-SRU            Deft # 1

Honorable Judge Stefan R. Underhill

**UNITED STATES OF AMERICA**

Vs.

KONSTANTINOS DIAMANTIS

Deputy Clerk J. Reis

Counsel for USA Jonathan N. Francis and David E. Novick

Counsel for Deft Norman A. Pattis

Start Time 8:54 AM    End Time 2:49 PM

Recess (if more than ½ hr) 12:37 PM to 1:41 PM

Total Time 4 hour(s) 51 minute(s)

Reporter/ECRO/Courtsmart Melissa Cianciullo

Interpreter NA            Language NA

USPO NA

---

**JURY TRIAL**

☐ Jury trial begun

■ Jury of 14 and ~~alternates~~ reported.  ☐ Jury sworn  ■ Jury remains under oath

■ Juror # 4 dismissed on 10/8/2025

☐ Defendant _____ failed to appear  ☐ Bench warrant issued

■ Jury trial held    ■ Jury trial continued until 10/9/2025 at 8:45AM

☐ Government rests  ☐ Defendant _____ rests

☐ Summations held  ☐ Court's charge to the jury

☐ All full exhibits  ☐ Verdict form  ☐ Indictment  ☐ Information given to jury

☐ Jury commences deliberations on _____ at _____

☐ Court ORDERS jury to be fed at government expense; bill w/copy of jury sign-in sheet to Finance Dept.

■ Copy of minutes and jury sign-in sheet given to Jury Clerk

---

**BENCH TRIAL**

☐ Bench trial begun

☐ Bench trial held    ☐ Bench trial continued until _____ at _____

☐ Government rests  ☐ Defendant _____ rests

☐ Bench trial concluded  ☐ Decision Reserved

---

**MOTIONS**

☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ **See page 2 for Notes and/or Verdict**

Rev.10/7/24

**VERDICT**

☐ Court declares a MISTRIAL as to defendant(s) _____

☐ Verdict form filed

☐ Oral Verdict   ☐ Court Verdict

☐ Deft _____   ☐ Guilty as to count(s)_____

☐ Deft _____   ☐ Guilty as to count(s)_____

☐ Deft _____   ☐ Guilty as to count(s)_____

☐ Deft _____   ☐ Guilty as to count(s)_____

☐ Deft _____   ☐Not Guilty as to count(s)_____

☐ Deft _____   ☐Not Guilty as to count(s)_____

☐ Deft _____   ☐Not Guilty as to count(s)_____

☐ Deft _____   ☐Not Guilty as to count(s)_____

☐ Court accepts verdict and orders verdict verified and recorded

☐ Jury polled

☐ Deft _____ Sentencing set for _____ at _____

☐ Deft _____ Sentencing set for _____ at _____

☐ Deft _____ Sentencing set for _____ at _____

☐ Probation 246B Order for PSI & Report filed

☐ Bond for DFT _____ ☐set for $ _____ ☐ Non-surety ☐ Surety ☐ Personal Recognizance

☐ Bond for DFT _____ ☐set for $ _____ ☐ Non-surety ☐ Surety ☐ Personal Recognizance

☐ Bond for DFT _____ ☐Revoked ☐ Reinstated ☐ Continued

☐ Bond for DFT _____ ☐Reduced ☐ Increased to $_____ ☐ Non-surety ☐ Surety ☐PR

☐ Bond for DFT _____ ☐Reduced ☐ Increased to $_____ ☐ Non-surety ☐ Surety ☐PR

☐ DFT _____Oral motion to remain on bond pending sentencing ☐ granted ☐ denied ☐ advisement

☐ Defendant _____ REMANDED into custody

**NOTES**

Rev.10/7/24