UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT
# CRIMINAL TRIAL MINUTES

Date: 10/15/2025

Case #: 3:24-cr-00108-SRU    Deft #: 1

**UNITED STATES OF AMERICA**

Vs.

**KONSTANTINOS DIAMANTIS**

Honorable Judge: Stefan R. Underhill
Deputy Clerk: J. Reis
Counsel for USA: Jonathan N. Francis and David E. Novick
Counsel for Deft: Norman A. Pattis

Start Time: 9:01 AM    End Time: 2:06 PM
Recess (if more than ½ hr): 12:13 PM to 1:17 PM
Total Time: 4 hour(s) 1 minute(s)

Reporter/ECRO/Courtsmart: Melissa Cianciullo
Interpreter: NA    Language: NA
USPO: NA

## JURY TRIAL
- ☐ Jury trial begun
- ■ Jury of 14 and ~~alternates~~ reported. ☐ Jury sworn ■ Jury remains under oath
- ☐ Juror # ___ excused ☐ Alternates excused
- ☐ Defendant ___ failed to appear ☐ Bench warrant issued
- ■ Jury trial held    ■ Jury trial continued until 10/16/2025 at 8:45AM
- ☐ Government rests ☐ Defendant ___ rests
- ☐ Summations held ☐ Court's charge to the jury
- ☐ All full exhibits ☐ Verdict form ☐ Indictment ☐ Information given to jury
- ☐ Jury commences deliberations on ___ at ___
- ☐ Court ORDERS jury to be fed at government expense; bill w/copy of jury sign-in sheet to Finance Dept.
- ■ Copy of minutes and jury sign-in sheet given to Jury Clerk

## BENCH TRIAL
- ☐ Bench trial begun
- ☐ Bench trial held ☐ Bench trial continued until ___ at ___
- ☐ Government rests ☐ Defendant ___ rests
- ☐ Bench trial concluded ☐ Decision Reserved

## MOTIONS
- ☐ Motion ___ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
- ☐ Motion ___ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
- ☐ Motion ___ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
- ■ ORAL Motion for Admission of Co-Conspirator Statements filed by ■ Gvt ☐ Dft ■ granted ■ denied *(see page 2)*
- ■ ORAL Motion for Mistrial filed by ☐ Pla ■ Dft ☐ granted ■ denied ☐ under advisement
- ■ ORAL Motion to Dismiss Conspiracy Counts re Roy (Rule29) filed by ☐ Pla ■ Dft ☐ granted ■ denied ☐ under advisement

■ See page 2 for Notes and/or Verdict

Rev.10/7/24

**VERDICT**

☐ Court declares a MISTRIAL as to defendant(s) _____
☐ Verdict form filed
☐ Oral Verdict   ☐ Court Verdict
☐ Deft _____    ☐ Guilty as to count(s)_____
☐ Deft _____    ☐ Guilty as to count(s)_____
☐ Deft _____    ☐ Guilty as to count(s)_____
☐ Deft _____    ☐ Guilty as to count(s)_____
☐ Deft _____    ☐ Not Guilty as to count(s)_____
☐ Deft _____    ☐ Not Guilty as to count(s)_____
☐ Deft _____    ☐ Not Guilty as to count(s)_____
☐ Deft _____    ☐ Not Guilty as to count(s)_____
☐ Court accepts verdict and orders verdict verified and recorded
☐ Jury polled
☐ Deft _____ Sentencing set for _____ at _____
☐ Deft _____ Sentencing set for _____ at _____
☐ Deft _____ Sentencing set for _____ at _____
☐ Probation 246B Order for PSI & Report filed
☐ Bond for DFT _____ ☐ set for $ _____ ☐ Non-surety ☐ Surety ☐ Personal Recognizance
☐ Bond for DFT _____ ☐ set for $ _____ ☐ Non-surety ☐ Surety ☐ Personal Recognizance
☐ Bond for DFT _____ ☐ Revoked ☐ Reinstated ☐ Continued
☐ Bond for DFT _____ ☐ Reduced ☐ Increased to $_____ ☐ Non-surety ☐ Surety ☐ PR
☐ Bond for DFT _____ ☐ Reduced ☐ Increased to $_____ ☐ Non-surety ☐ Surety ☐ PR
☐ DFT _____ Oral motion to remain on bond pending sentencing ☐ granted ☐ denied ☐ advisement
☐ Defendant _____ REMANDED into custody

**NOTES**

The government's oral motion for admission of co-conspirator statements is GRANTED with respect to the alleged conspiracy between Duffy, Monarca, and Diamantis; the motion is DENIED with respect to the alleged conspiracy between Roy and Diamantis.

The government voluntarily dismisses Count 14 of the Indictment.

Defendant canvassed re rights to testify.

Rev.10/7/24