# UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT
## CRIMINAL TRIAL MINUTES

Date: 10/17/2025

Case #: 3:24-cr-00108-SRU   Deft #: 1

Honorable Judge: Stefan R. Underhill

Deputy Clerk: J. Reis

**UNITED STATES OF AMERICA**

Vs.

**KONSTANTINOS DIAMANTIS**

Counsel for USA: Jonathan N. Francis and David E. Novick

Counsel for Deft: Norman A. Pattis

Start Time: 8:54 AM   End Time: 2:50 PM

Reporter/ECRO/Courtsmart: Terri Fidanza

Recess (if more than ½ hr): 1:01 PM to 2:02 PM

Interpreter: NA   Language: NA

Charge Conference: 3:35 PM - 4:17 PM

USPO: NA

Total Time: 5 hour(s) 37 minute(s)

**JURY TRIAL**
- ☐ Jury trial begun
- ■ Jury of 14 and ~~alternates~~ reported.  ☐ Jury sworn  ■ Jury remains under oath
- ☐ Juror # ___ excused  ☐ Alternates excused
- ☐ Defendant ___ failed to appear  ☐ Bench warrant issued
- ■ Jury trial held  ■ Jury trial continued until 10/20/2025 at 8:45AM
- ☐ Government rests  ☐ Defendant ___ rests
- ☐ Summations held  ☐ Court's charge to the jury
- ☐ All full exhibits  ☐ Verdict form  ☐ Indictment  ☐ Information given to jury
- ☐ Jury commences deliberations on ___ at ___
- ☐ Court ORDERS jury to be fed at government expense; bill w/copy of jury sign-in sheet to Finance Dept.
- ■ Copy of minutes and jury sign-in sheet given to Jury Clerk

**BENCH TRIAL**
- ☐ Bench trial begun
- ☐ Bench trial held  ☐ Bench trial continued until ___ at ___
- ☐ Government rests  ☐ Defendant ___ rests
- ☐ Bench trial concluded  ☐ Decision Reserved

**MOTIONS**
- ■ Motion to Disclose and Use Tax Returns (doc.96) filed by ■ Gvt ☐ Dft ■ granted. See Order No. 99.
- ■ Motion to Quash Subpoenas by Non-Parties (doc.97) filed by ☐ Pla ☐ Dft ■ denied as moot ■ held in abeyance *(see page 2)*
- ☐ Motion ___ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
- ■ ORAL Motion for Mistrial (Renewed) filed by ☐ Pla ■ Dft ☐ granted ■ denied ☐ under advisement
- ☐ ORAL Motion ___ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ☐ ORAL Motion ___ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

■ See page 2 for Notes and/or Verdict

Rev.10/7/24

**VERDICT**

☐ Court declares a MISTRIAL as to defendant(s) _____
☐ Verdict form filed
☐ Oral Verdict  ☐ Court Verdict
☐ Deft _____  ☐ Guilty as to count(s)_____
☐ Deft _____  ☐ Guilty as to count(s)_____
☐ Deft _____  ☐ Guilty as to count(s)_____
☐ Deft _____  ☐ Guilty as to count(s)_____
☐ Deft _____  ☐ Not Guilty as to count(s)_____
☐ Deft _____  ☐ Not Guilty as to count(s)_____
☐ Deft _____  ☐ Not Guilty as to count(s)_____
☐ Deft _____  ☐ Not Guilty as to count(s)_____
☐ Court accepts verdict and orders verdict verified and recorded
☐ Jury polled
☐ Deft _____ Sentencing set for _____ at _____
☐ Deft _____ Sentencing set for _____ at _____
☐ Deft _____ Sentencing set for _____ at _____
☐ Probation 246B Order for PSI & Report filed
☐ Bond for DFT _____ ☐set for $ _____ ☐ Non-surety ☐ Surety ☐ Personal Recognizance
☐ Bond for DFT _____ ☐set for $ _____ ☐ Non-surety ☐ Surety ☐ Personal Recognizance
☐ Bond for DFT _____ ☐Revoked ☐ Reinstated ☐ Continued
☐ Bond for DFT _____ ☐Reduced ☐ Increased to $_____ ☐ Non-surety ☐ Surety ☐PR
☐ Bond for DFT _____ ☐Reduced ☐ Increased to $_____ ☐ Non-surety ☐ Surety ☐PR
☐ DFT _____Oral motion to remain on bond pending sentencing ☐ granted ☐ denied ☐ advisement
☐ Defendant _____ REMANDED into custody

**NOTES**

[97] Motion to Quash Subpoenas is denied as moot regarding Thea Montanez; the motion is held in abeyance regarding Luke Bronin.

Rev.10/7/24