United States District Court
District of Connecticut
FILED AT  BRIDGEPORT
October 22, 2025
Dinah Milton Kinney, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES

v.

KONSTANTINOS DIAMANTIS

No. 3:24-cr-108 (SRU)

## VERDICT FORM

We, the jury, unanimously find:

1. **Count One (Extortion by Wrongful Use of Fear or Under Color of Official Right)**

With respect to the charge that Konstantinos Diamantis violated 18 U.S.C. § 1951 by inducing Salvatore Monarca and John F. Duffy to make payments from Acranom Masonry, Inc. through fear of economic loss, we find Mr. Diamantis:

_____ Not Guilty

__✓__ Guilty

With respect to the charge that Konstantinos Diamantis violated 18 U.S.C. § 1951 by inducing Salvatore Monarca and John F. Duffy to make payments from Acranom Masonry, Inc. under color of official right, we find Mr. Diamantis:

_____ Not Guilty

__✓__ Guilty

1

### 2. Count Two (Extortion by Wrongful Use of Fear or Under Color of Official Right)

With respect to the charge that Konstantinos Diamantis violated 18 U.S.C. § 1951 by inducing Antonietta Roy to make payments from Construction Advocacy Professionals, LLC through fear of economic loss, we find Mr. Diamantis:

_____ Not Guilty

✓ Guilty

With respect to the charge that Konstantinos Diamantis violated 18 U.S.C. § 1951 by inducing Antonietta Roy to make payments from Construction Advocacy Professionals, LLC under color of official right, we find Mr. Diamantis:

_____ Not Guilty

✓ Guilty

### 3. Count Three (Bribery)

With respect to the charge that Konstantinos Diamantis violated 18 U.S.C. § 666(a)(1)(B) by soliciting, demanding, and receiving bribes as an agent of a State receiving federal funds, that is, Connecticut, in connection with Acranom Masonry Inc., we find Mr. Diamantis:

_____ Not Guilty

✓ Guilty

### 4. Count Four (Bribery)

With respect to the charge that Konstantinos Diamantis violated 18 U.S.C. § 666(a)(1)(B) by soliciting, demanding, and receiving bribes as an agent of a State receiving federal funds, that is, Connecticut, in connection with Construction Advocacy Professionals, LLC, we find Mr. Diamantis:

_____ Not Guilty

✓ Guilty

5. **Count Five (Conspiracy to Commit Extortion Under Color of Official Right)**

With respect to the charge that Konstantinos Diamantis violated 18 U.S.C. § 1951 by conspiring with Salvatore Monarca and John Duffy to commit extortion under color of official right against Acranom Masonry, Inc., we find Mr. Diamantis:

_____ Not Guilty

__✓__ Guilty

6. **Count Six (Conspiracy to Commit Extortion Under Color of Official Right)**

With respect to the charge that Konstantinos Diamantis violated 18 U.S.C. § 1951 by conspiring with Antonietta Roy to commit extortion under color of official right against Contruction Advocacy Professionals, LLC, we find Mr. Diamantis:

_____ Not Guilty

__✓__ Guilty

7. **Count Seven (Conspiracy to Commit Bribery)**

With respect to the charge that Konstantinos Diamantis violated 18 U.S.C. § 371 by conspiring with Salvatore Monarca and John Duffy for them to pay him bribes, we find Mr. Diamantis:

_____ Not Guilty

__✓__ Guilty

8. **Count Eight (Conspiracy to Commit Bribery)**

With respect to the charge that Konstantinos Diamantis violated 18 U.S.C. § 371 by conspiring with Antonietta Roy for her to pay him bribes, we find Mr. Diamantis:

_____ Not Guilty

__✓__ Guilty

9. **Count Nine (False Statements)**

With respect to the charge that Konstantinos Diamantis violated 18 U.S.C. § 1001 by stating that he "didn't recommend" CAP for the construction administrator position on the Birch Grove project, we find Mr. Diamantis:

_____ Not Guilty

✓ Guilty

10. **Count Ten (False Statements)**

With respect to the charge that Konstantinos Diamantis violated 18 U.S.C. § 1001 by stating that he "did not help [Antonietta Roy] get on, get any jobs," we find Mr. Diamantis:

_____ Not Guilty

✓ Guilty

11. **Count Eleven (False Statements)**

With respect to the charge that Konstantinos Diamantis violated 18 U.S.C. § 1001 by stating that he "didn't care who the [construction administrator] was, because the [construction administrator] wasn't going to do anything for [him]," we find Mr. Diamantis:

_____ Not Guilty

✓ Guilty

12. <u>Count Twelve (False Statements)</u>

With respect to the charge that Konstantinos Diamantis violated 18 U.S.C. § 1951 by stating that he "did not recommend [D'Amato Construction Company]" for the Birch Grove project, we find Mr. Diamantis:

_____ Not Guilty

✓ Guilty

13. <u>Count Thirteen (False Statements)</u>

With respect to the charge that Konstantinos Diamantis violated 18 U.S.C. § 1001 by stating that he did not "encourage [Antonietta Roy] to reach out to [his daughter] for a job" at Construction Advocacy Professionals, we find Mr. Diamantis:

_____ Not Guilty

✓ Guilty

14. <u>Count Fifteen (False Statements)</u>

With respect to the charge that Konstantinos Diamantis violated 18 U.S.C. § 1001 by stating that he never helped any business obtain work related to school construction projects, we find Mr. Diamantis:

_____ Not Guilty

✓ Guilty

15. <u>Count Sixteen (False Statements)</u>

With respect to the charge that Konstantinos Diamantis violated 18 U.S.C. § 1001 by stating that he was not involved in the hiring process for general contractor, construction manager, architect, or subcontractor on any school construction projects, including at Birch Grove, Bulkley, and Weaver, we find Mr. Diamantis:

_____ Not Guilty

✓ Guilty

16. **Count Seventeen (False Statements)**

With respect to the charge that Konstantinos Diamantis violated 18 U.S.C. § 1001 by stating that the Office of School Construction Grants & Review staff, rather than Mr. Diamantis, suggested Tolland hire a construction administrator for the Birch Grove project, we find Mr. Diamantis:

_____ Not Guilty

✓ Guilty

17. **Count Eighteen (False Statements)**

With respect to the charge that Konstantinos Diamantis violated 18 U.S.C. § 1001 by stating that Tolland's Superintendent of Schools recommended D'Amato Construction for the Birch Grove project, we find Mr. Diamantis:

_____ Not Guilty

✓ Guilty

18. **Count Nineteen (False Statements)**

With respect to the charge that Konstantinos Diamantis violated 18 U.S.C. § 1001 by stating that he did not suggest Construction Advocacy Professionals, LLC as construction administrator on the Bulkeley project, we find Mr. Diamantis:

_____ Not Guilty

✓ Guilty

6

19. <u>Count Twenty (False Statements)</u>

With respect to the charge that Konstantinos Diamantis violated 18 U.S.C. § 1001 by stating that Acranom Masonry, Inc. did not receive special treatment on the Weaver project, we find Mr. Diamantis:

    _____ Not Guilty

    __✓__ Guilty

20. <u>Count Twenty-One (False Statements)</u>

With respect to the charge that Konstantinos Diamantis violated 18 U.S.C. § 1001 by stating that payments from Antonietta Roy to Mr. Diamantis were for legal work he performed for Construction Advocacy Professionals, LLC, rather than donations or bribes, we find Mr. Diamantis:

    _____ Not Guilty

    __✓__ Guilty

21. <u>Count Twenty-Two (False Statements)</u>

With respect to the charge that Konstantinos Diamantis violated 18 U.S.C. § 1001 by stating that he did not receive payment from any business working on the Birch Grove, Bulkeley, or Weaver projects, including Acranom Masonry, Inc., we find Mr. Diamantis:

    _____ Not Guilty

    __✓__ Guilty

*Please sign and date this verdict form.*

/s/
_____
Foreperson

10/22/25
Date