# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

_____

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     PLAINTIFF ) | |
| ) | 3:24-CR-00108 (SRO) (RAR) |
| VS. ) | |
| ) | |
| KONSTANTINOS DIAMANTIS, AKA "KOSTA" ) | |
|     DEFENDANT ) | NOVEMBER 3, 2025 |

_____

### CONSENT MOTION TO SUSPEND DEADLINES AND SENTENCING

Mr. Diamantis, through counsel, respectfully requests that this Court adjourn sentencing and suspend deadlines for such things as the presentence interview and report until after the completion of the trial on an unrelated matter in this Court scheduled for January-February 2026.

In support hereof, the undersigned represents as follows:

1. I am counsel of record for Mr. Diamantis in both this case, hereinafter "Diamantis I," and in the forthcoming trial, "Diamantis II."

2. Mr. Diamantis was found guilty of 21 counts relating to claims of extortion and bribery while a state official, and related false statement counts in Diamantis I.

3. In Diamantis II, Mr. Diamantis faces additional charges of misusing his state position as regards settlement of a Medicaid fraud claim.

4. The Government did not seek to introduce evidence of the Diamantis II claims in Diamantis I under a theory arising under FRE 404b.

5. As both the claims in Diamantis I and Diamantis II arise from allegations of misuse of a state position, it is arguably the case the Government could claim that any foreseeable loss in Diamantis II is relevant offense conduct in Diamantis I. Mr. Diamantis does not want to litigate Diamantis II claims pre-trial and wishes to assert his right to a trial by jury on those claims.

6. Also, Mr. Diamantis may well elect to testify in Diamantis II. if he does, he will be prejudiced by any effort to impeach with the verdicts in this case, especially if Diamantis I goes to judgment at sentencing.

7. Finally, Mr. Diamantis wishes to assert his right to remain silent as to any interview with a government official regarding his conduct as a state official. That right would be prejudiced if he were required to sit for a presentence interview. It is unclear what the scope of that interview would entail.

8. In the event of a conviction in Diamantis II, the defendant may well seek to consolidate the two claims for sentencing.

9. The Government and the undersigned have discussed this motion and the Government does not object to the Court's granting the motion.

WHEREFORE, Mr. Diamantis requests that this Court suspend the current deadlines and adjourn the sentencing scheduled for January 14, 2026, until after the verdict is reached in Diamantis II.

>
> DEFENDANT,
> KONSTANTINOS DIAMANTIS, AKA "KOSTA"
>
> **By:        /s/    Norman A. Pattis, Esq.**
> Norman A. Pattis, Esq.
> PATTIS & PAZ, LLC
> 383 Orange St., 1st Floor
> New Haven, CT  06511
> Tel:    203-393-3017
> Fax:   203-393-9745
> Email:  npattis@pattispazlaw.com
> Federal Bar No.:  ct13120

### CERTIFICATION

I hereby certify that on November 3, 2025, a copy of the foregoing was filed electronically. Notice of this filing was sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**        /s/    Norman A. Pattis, Esq.**