# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CRIMINAL NO.** |
| **PLAINTIFF** | ) | |
| | ) | **3:24-CR-00108 (SRU)** |
| **VS.** | ) | |
| | ) | |
| **KONSTANTINOS DIAMANTIS, AKA "KOSTA"** | ) | |
| **DEFENDANT** | ) | **SEPTEMBER 4, 2026** |

## CONSENT MOTION TO FILE DIAMANTIS SENTENCING NUNC PRO TUNC

The undersigned requests permission to file his sentencing memorandum in the instant case today. The due date was mis-calendared for next week. The undersigned intends to file it today. The Government consents to the granting of this motion.

DEFENDANT,
KONSTANTINOS DIAMANTIS, AKA "KOSTA"

**By: /s/ Norman A. Pattis, Esq.**
Norman A. Pattis, Esq.
PATTIS & PAZ, LLC
171 Orange St., 2nd Floor
New Haven, CT 06510
Tel: 203-393-3017
Fax: 203-393-9745
Email: npattis@pattispazlaw.com
Federal Bar No.: ct13120

## CERTIFICATION

I hereby certify that on September 4, 2026, a copy of the foregoing was filed electronically. Notice of this filing was sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**/s/ Norman A. Pattis, Esq.**