**U.S. DISTRICT COURT, DISTRICT OF CONNECTICUT**

**SENTENCING HEARING MINUTES**

Date: September 30, 2026

Case #: 3:24-cr-00108-SRU Dft #: 1

**UNITED STATES OF AMERICA**

v.

KONSTANTINOS DIAMANTIS

Start Time: 10:06 AM End Time: 11:59 AM

Recess (if more than ½ hr): ________ to __________

Total Time: 1 hour(s) 53 minute(s)

Honorable Judge Stefan R. Underhill

Deputy Clerk: J. Reis

AUSA: Jonathan N. Francis & David E. Novick

Counsel for Defendant: Norman A. Pattis

☐ Retained ■ CJA ☐ FPD

USPO: Winter Pascual

Reporter/Courtsmart: Melissa Cianciullo

Interpreter: NA Language: NA

---

■ Sentencing ■ held ___________ (time) ☐ held in abeyance ☐ continued until ______________ at __________

■ Motion Hearing held __________(time) ■ defendant failed to appear ☐ bench warrant to issue

**THE DEFENDANT IS SENTENCED IN ABSENTIA AS FOLLOWS:**

☐ Court departs ☐ upward from guidelines ☐ downward from guidelines

☐ To time served ☐ on Count(s) ________________________ of the ☐ Superseding ☐ Indictment ☐ Information

■ To 84 month(s) ______ year(s) imprisonment ☐ as to a lesser included offense ■ on Count(s) 1-6 of the ☐ Superseding ■ Indictment ☐ Information

■ To 60 month(s) ______ years(s) imprisonment ☐ as to a lesser included offense ■ on Count(s) 7-13 & 15-22 of the ☐ Superseding ■ Indictment ☐ Information

■ Sentence on all counts shall be served concurrently for a total effective sentence of 84 months

☐ Defendant shall get credit for time served

☐ Court recommends incarceration at ____________________

☐ Court recommends participation in the 500-hour drug rehabilitation treatment program (RDAP)

☐ Defendant ordered to self-surrender on ______________ by __________ to the designated facility or USMS office.

☐ Bond ☐ continued ☐ set at $________________

☐ Defendant remanded to the custody of the US Marshal

■ Upon release the dft shall be placed on supervised release for _____ month(s) 3 years(s) on Count(s) 1-13, 15-22 (all concurrent)

☐ Upon release the dft shall be placed on supervised release for _____ month(s) ____years(s) on Count(s) ________

☐ Defendant sentenced to probation for a term of ______ month(s) _________ years(s)

☐ Defendant shall pay a fine of $____________ on Count(s) _____________ to be paid by ________ in installments of __________ per ____________for a total of $______________

■ Special Assessment of ☐ $25 ☐ $50 ■ $100 is imposed as to ■ each of Count(s) 1-13, 15-22 for a total of $ 2,100.00 to be paid immediately

☐ Defendant shall pay restitution in the amount of ______________ ☐ payable at the rate of $__________ per month

☐ payable to ______________________________

■ Proposed restitution order to be filed 90 days from today

☐ Govt's motion for order of forfeiture ☐ filed ☐ granted ☐ denied ☐ to be filed

☐ Govt's ☐ oral motion to dismiss remaining count(s) ☐ filed ☐ granted ☐ denied ☐ to be filed

☐ Govt's ☐ oral motion for acceptance of responsibility ☐ filed ☐ granted ☐ denied

■ Motion to Continue the Sentencing Proceeding ■ filed by Deft ☐ granted ■ denied ☐ taken under advisement

■ Motion for Rev./Forf. of Bond and Entry of Default Judgment ■ filed by Gvmt ■ granted ☐ denied ☐ taken under advisement

**CONDITIONS OF ■ SUPERVISED RELEASE ☐ PROBATION**

■ Mandatory conditions number(s): 1, 2, 4 (testing waived), 6A&B, and 8

■ Standard Conditions are imposed as stated on the record and in the judgment

■ Special conditions are imposed as stated on the record and in the judgment

☐ Other:

Attorney Pattis's CJA appointment in this case is continued pending further proceedings.