AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Connecticut

UNITED STATES

V.

KONSTANTINOS DIAMANTIS

## EXHIBIT LIST

Case Number: 3:24-cr-00108-SRU-1

| PRESIDING JUDGE | GOVERNMENT'S ATTORNEYS | DEFENDANT'S ATTORNEY |
|---|---|---|
| Stefan R. Underhill | Jonathan N. Francis & David E. Novick | Norman A. Pattis |
| SENTENCING DATE | COURT REPORTER | COURTROOM DEPUTY |
| 9/30/2026 | Melissa Cianciullo | J. Reis |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| A | | 9/30/2026 | Y | Y | Joint Stipulation |
| B | | 9/30/2026 | Y | Y | FBI 302 dated 9/23/2026 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.