**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

UNITED STATES

3:24-cr-00108-SRU-1

V.

KONSTANTINOS DIAMANTIS

**DEFAULT JUDGMENT**

On September 30, 2026, as set forth in my Order, doc. no. 156, I found that Mr. Diamantis is in clear, willful violation of his conditions of release. Title 18 U.S. Code § 3148. Accordingly, the government's request to revoke bond in this case was granted. The bond was ordered forfeited and the bond package was ordered to be released to the government on October 5, 2026, at 9:00 AM, unless the government is denied entry into the residence for inventory purposes. In light of the revocation and forfeiture of the bond in this case, default judgment shall enter in the amount of $500,000.00 in this case pursuant to Fed. R. Crim. P. 46(f)(1). It is therefore;

ORDERED, ADJUDGED, and DECREED that in light of the revocation and forfeiture of the bond in this case, default judgment hereby enters against KONSTANTINOS DIAMANTIS in the amount of $500,000.00.

Dated at Bridgeport, Connecticut this 30th day of September 2026.

Stefan R. Underhill
United States District Judge