# UNITED STATES DISTRICT COURT
## District of Connecticut

## JUDGMENT IN A CRIMINAL CASE

UNITED STATES

Case No.: 3:24-cr-00108-SRU-1

USM No.: 15279-511

V.

Jonathan N. Francis and David E. Novick,
Assistant U.S. Attorneys

KONSTANTINOS DIAMANTIS
*also known as*
"Kosta"

Norman A. Pattis, Defendant's Attorney

The defendant was found guilty by a jury of Counts 1-13 and 15-22 of the Indictment and was sentenced in absentia pursuant to Fed. R. Crim. P. 43(c)(1)(B).

Accordingly, the defendant is adjudicated guilty of the following offenses:

| Title & Section | Nature of Offense | Offense Concluded | Total Counts |
|---|---|---|---|
| Title 18, United States Code, § 1951(a) | Extortion by Wrongful Use of Fear and Under Color of Official Right – Acranom Masonry, Inc., Construction Advocacy Professionals, LLC | December 8, 2023 | 2 |
| Title 18, United States Code, § 666(a)(1)(B) | Bribery - Acranom Masonry, Inc., Construction Advocacy Professionals, LLC | December 8, 2023 | 2 |
| Title 18, United States Code, § 1951(a) | Conspiracy to Commit Extortion Under Color of Official Right - Acranom Masonry, Inc., Construction Advocacy Professionals, LLC | December 8, 2023 | 2 |
| Title 18, United States Code, § 371 | Conspiracy to Commit Bribery - Acranom Masonry, Inc., Construction Advocacy Professionals, LLC | December 8, 2023 | 2 |
| Title 18, United States Code, § 1001(a)(2) | False Statements | December 8, 2023 | 13 |

The following sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IMPRISONMENT**
The defendant is ordered to be committed to the custody of the Federal Bureau of Prisons to be imprisoned for a period of 84 months on Counts 1-6 and a period of 60 months on counts 7-13 and 15-22, all counts to be served concurrently.

The non-guideline sentence reflects a number of factors including the seriousness of the offense conduct, the period of time the conduct spanned, Diamantis' abuse of his role as a public servant, his willful breach of public trust, his obstruction of justice, the significant collateral consequences he faces in response to this conviction, and his personal history and characteristics, including his age, his lack of criminal history, and the significant period of time he did spend properly serving the community as a public servant. Further, the sentence reflects the need for general and specific deterrence. In sum, the sentence imposed is sufficient, but not greater than necessary, to serve the purposes of sentencing.

**SUPERVISED RELEASE**
Upon release from imprisonment, the defendant shall be placed on Supervised Release for a term of 3 years on Counts 1-13 and 15-22, to be served concurrently.

The Mandatory and Standard Conditions of Supervised Release as attached, are imposed. In addition, the following Special Conditions are imposed:

1. If an installment schedule of payment of restitution or a fine is imposed -- a condition prohibiting the defendant from incurring new credit charges or opening additional lines of credit without approval of the probation officer unless the defendant is in compliance with the payment schedule will apply.

2. If the court imposes an order of restitution, forfeiture, or notice to victims, or orders the defendant to pay a fine -- a condition requiring the defendant to provide the probation officer access to any requested financial information will apply. The probation officer may share such information with the government.

**CRIMINAL MONETARY PENALTIES**
The defendant must pay the total criminal monetary penalties under the schedule of payments as follows:

| | |
|---|---|
| **Special Assessment:** | $2,100.00 to be paid to the Clerk of the Court immediately |
| **Fine:** | Waived |
| **Restitution:** | Ordered in an amount to be determined pending further proceedings |

It is further ordered that the defendant will notify the United States Attorney for this District within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are paid.

The following Counts have been dismissed: Count 14 of the Indictment was dismissed on 10/15/2025

Date of Imposition of Sentence: September 30, 2026

Stefan R. Underhill

Stefan R. Underhill, United States District Judge

Date: October 2, 2026

## CONDITIONS OF SUPERVISED RELEASE

**In addition to the Standard Conditions listed below, the following Mandatory Conditions are imposed:**

### MANDATORY CONDITIONS

(select all that apply)

(1) ■ You shall not commit another federal, state or local offense (*see* 18 U.S.C. § 3583(d)).

(2) ■ You shall not unlawfully possess a controlled substance (*see* 18 U.S.C. § 3583(d)).

(3) ☐ You shall attend a public, private, or private non-profit offender rehabilitation program that has been approved by the court, in consultation with a State Coalition Against Domestic Violence or other appropriate experts, if an approved program is available within a 50-mile radius of your legal residence (*see* 18 U.S.C. § 3583(d)).

(4) ■ You shall refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of your release on supervised release and at least two periodic drug tests thereafter, as determined by the court.

■ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse (*see* 18 U.S.C. § 3583(d)).

(5) ☐ You shall adhere to an installment schedule to pay any fine imposed by this judgment (*see* 18 U.S.C. § 3624(e)).

(6) ■ You shall ■ (A) make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A, or any other statute authorizing a sentence of restitution; and ■ (B) pay the assessment imposed in accordance with 18 U.S.C. § 3013. If there is a court-established payment schedule for making restitution or paying the assessment (*see* 18 U.S.C. § 3572(d)), the defendant shall adhere to the schedule.

(7) ☐ You shall register under the Sex Offender Registration and Notification Act and comply with the requirements of that Act (*see* 18 U.S.C. § 3583(d)).

(8) ■ You shall submit to the collection of a DNA sample at the direction of the United States Probation Office if the collection of such a sample is authorized pursuant to section 3 of the DNA Analysis Backlog Elimination Act of 2000 (34 U.S.C. § 40702).

## STANDARD CONDITIONS OF SUPERVISED RELEASE

As part of your Supervised Release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You shall report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you shall report to the probation officer as instructed.
4. You shall answer truthfully the questions asked by your probation officer.

5. You shall live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you shall notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you shall notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You shall allow the probation officer to visit you at any time at your home or elsewhere, and you shall permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You shall work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you shall try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you shall notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you shall notify the probation officer within 72 hours of becoming aware of a change or expected change.
9. If you are arrested or questioned by a law enforcement officer, you shall notify the probation officer within 72 hours.
11. You shall not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. You shall follow the instructions of the probation officer related to the conditions of supervision.

Upon a finding of a violation of Supervised Release/Probation, I understand that the court may (1) revoke supervision and impose a term of imprisonment, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed) ______________________________ ______________
Defendant Date

______________________________ ______________
U.S. Probation Officer/Designated Witness Date

**RETURN**

I have executed this judgment as follows:

Defendant delivered on ____________________ to ______________________________ at __________________ . with a certified copy of this judgment.

By ______________________________
Deputy United States Marshal