# United States District Court for the District of Connecticut

Case Number: 3:24-cr-00108-SRU

UNITED STATES OF AMERICA

*List the full name(s) of the plaintiff(s)/petitioners(s)*

v.

## NOTICE OF APPEAL

KONSTANTINOS DIAMANTIS, aka "Kosta"

*List the full name(s) of the defendant(s)/respondent(s)*

Notice is hereby given that KONSTANTINOS DIAMANTIS, aka "Kosta" in the above-
**List the names of all parties who are filing an appeal*

named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the

☐ final judgment entered in this action on ____________
*Date Entered*

OR

☑ order #( 158 ) entered in this action on 10/02/2026 described as:
*Date Entered*

Judgment in a criminal case.

*(Provide a brief description of the decision in the order/judgment)*

10/07/2026
*Date*

[Signature]
*Signature*

Pattis, Norman A.
*Name (Last, First, MI)*

Pattis & Paz, LLC, 171 Orange St., 2nd Floor, New Haven, CT 06510
*Address* *City* *State*

203-393-3017
*Telephone*

npattis@pattispazlaw.com
*E-mail Address (if available)*

*See Rule 3(c) for permissible ways of identifying appellants. Attach additional pages as necessary.

***Note to inmate filers:*** *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4 (c)(1), complete Form 7 (declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*

Rev. 11-16-22