**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

See *"Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>3:24-CR-0108(SRU) |
| DEFENDANT<br>KONSTANTINOS DIAMANTIS | TYPE OF PROCESS<br>WRIT OF GARNISHMENT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Thomaston Savings Bank
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
203 Main Street, Thomaston, CT 06787

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

UNITED STATES ATTORNEY'S OFFICE
ATTENTION: CHRISTINE SCIARRINO
157 CHURCH STREET, 25TH FLOOR
NEW HAVEN, CONNECTICUT 06510

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

Fold Fold

Please serve the attached Ex Parte Writ of Garnishment upon Thomaston Savings Bank via email (specialassets@thomastonsb.com) and in-hand thereafter at the mailing address above. PLEASE NOTE: The return of service is not to be docketed/efiled. Please contact AUSA Christine Sciarrino when the return of service is available for filing.

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| STEPHEN LUDLOW Digitally signed by STEPHEN LUDLOW Date: 2026.11.03 15:07:40 -05'00' | ☒ PLAINTIFF<br>☐ DEFENDANT | 203-821-3808 | 11/3/26 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 14 | No. 14 | [signature] | 11/4/26 |

I hereby certify and return that I ☑ have personally served , ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Erica Lenti / legal Process

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*
Same / 140 Main St
Thomaston, CT

| Date | Time |
|---|---|
| 11/5/26 | 11 55 ☑ am ☐ pm |

Signature of U.S. Marshal or Deputy
[signature]

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | **$0.00** |

REMARKS: "Fully Executed"

U.S. MARSHALS
NOV 03 2026
DISTRICT OF CT

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80