**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>3:24-CR-0108(SRU) |
| DEFENDANT<br>KONSTANTINOS DIAMANTIS | TYPE OF PROCESS<br>WRIT OF GARNISHMENT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Norman A. Pattis, Esq., as attorney for Defendant Konstantinos Diamantis
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
171 Orange Street, 2d Floor, New Haven, CT 06510

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

UNITED STATES ATTORNEY'S OFFICE
ATTENTION: CHRISTINE SCIARRINO
157 CHURCH STREET, 25TH FLOOR
NEW HAVEN, CONNECTICUT 06510

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

Fold — Fold

Please serve the attached Ex Parte Writ of Garnishment upon Attorney Pattis as counsel for the defendant Konstantinos Diamantis AFTER service has been completed on Garnishee Thomaston Savings Bank. PLEASE NOTE: The return of service is not to be docketed/efiled. Please contact AUSA Christine Sciarrino when the return of service is available for filing.

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| STEPHEN LUDLOW Digitally signed by STEPHEN LUDLOW Date: 2026.11.03 15:07:07 -05'00' | ☒ PLAINTIFF<br>☐ DEFENDANT | 203-821-3808 | 11/3/26 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 14 | No. 14 | [signature] | 11/4/26 |

I hereby certify and return that I ☑ have personally served , ☑ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Paula Weiner

☑ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

| Date | Time | |
|---|---|---|
| 11/13/26 | 10:44 | ☑ am ☐ pm |

Signature of U.S. Marshal or Deputy
[signature]

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | **$0.00** |

REMARKS:
"Fully Executed"

U.S. MARSHALS
NOV 03 2026
DISTRICT OF CT

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80