OCT 30 2026 PM3:38
FILED-USDC-CT-NEW HAVEN

**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| United States of America | : | |
| | : | |
| vs. | : | Docket No. 3:24CR108(SRU) |
| | : | |
| Kostantinos Diamantis | : | |
| | : | |

## UNITED STATES' *EX PARTE* MEMORANDUM IN SUPPORT OF MOTION TO FILE UNDER SEAL

The United States hereby submits this memorandum in support of its accompanying Motion to File Under Seal. The United States seeks this relief in accordance with Fed. R. Crim. P. 49.1(a) and D. Conn. L. R. Civ. P. 5(e)3 ("A statute mandating or permitting the non-disclosure of a class of documents . . . provides sufficient authority to support an order sealing such documents"). Additionally, Fed. R. Crim. P. 49.1(a) specifically protects a Defendant's Social Security number to the last four digits, street address, and year of birth.

Good cause exists to seal these documents and the sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons. *See* D. Conn. L. Civ. R. 5(e); *see also Lugosch v. Pyramid Co. of Onondaga,* 435 F.3d 110, 120 (2d Cir. 2006) ("[T]he presumption of access" to judicial

documents may be overcome by "countervailing factors includ[ing] the privacy interest" of the parties. (citing *United States v. Amodeo,* 71 F.3d 1044, 1048 (2d Cir.1995))).

Accordingly, the United States requests that the Defendant's Social Security number to the last four digits, street address, and year of birth be redacted in both the Application for Writ of Garnishment and the proposed Writ. The United States also requests that the Defendant's date of birth to the year, which is referenced in the proposed Writ of Garnishment, also be redacted.

Furthermore, the United States does not wish to provide any opportunities to the debtor to dissipate any of the subject liquid assets during the period of service. Thus, the United States requests that the fact of filing all documents related to the *Ex Parte* Application for Writ of Garnishment, including the Application and Proposed Writ, redacted and unredacted, and the Motion to Seal, supporting Memorandum, and proposed Seal Order also be sealed. Applications for writs requested pursuant to the Federal Debt Collection Procedures Act, 28 U.S.C. §§ 3001, *et. seq.*, are allowed to be submitted *ex parte* without notice to judgment debtors and interested parties until after the process has been served on whomever is holding the subject property to avoid transfer or dissipation of non-exempt assets. *See* 28 U.S.C. § 3004(c).

In the event the Government's application is granted and a Writ of Garnishment is issued, it will be duly served on the Defendantand all interested parties. The Government will cause the returns of service to be docketed and the Defendant will have a right to request a hearing.

Upon filing of the returns of service, the seal may be lifted and the accompanying redacted documents may be made available to the public.

Based upon the foregoing reasons, and in the interest of justice, the Government respectfully requests that this motion be granted.

Respectfully Submitted,

David X. Sullivan
United States Attorney

Christine Sciarrino
Assistant United States Attorney
United States Attorney's Office
157 Church Street, 25th Floor
New Haven, CT 06510
(203) 821-3700/Fax: (203) 773-5373
Federal No. CT03393
Email: Christine.Sciarrino@usdoj.gov