OCT 30 2026 PM3:39
FILED-USDC-CT-NEW HAVEN

**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

United States of America :
:
vs. : Docket No. 3:24CR108(SRU)
:
Kostantinos Diamantis :
:
And :
:
Thomaston Savings Bank :
Attn: Legal Order Processing :
203 Main Street :
Thomaston, CT 06787 :
:
Garnishee. :

***EX PARTE* APPLICATION FOR**
**WRIT OF GARNISHMENT**

The United States of America makes an application in accordance with 28 U.S.C. § 3205 (b)(1) to the United States District Court to issue a Writ of Garnishment upon the Judgments imposed against the Defendant in this case. The judgments consists of a $500,000.00 forfeited bond, plus a special assessment in the amount of $2,100.00, for a total of $502,100.00.

Demand was made upon the Defendant not less than thirty (30) days prior to the filing of this Application. The underlying nature of this debt is a forfeited bond and a special assessment.

The Defendant has failed to make any payment pursuant to said demand. The total balance due as of October 29, 2026 is $502,100.00.

The defendant, Kostantinos Diamantis', last known address is *****, Farmington, CT 06032 and the defendant's social security number is ***-**-8819, date of birth ****-**, 1956.

There is or may be property in which Kostantinos Diamantis has a substantial nonexempt interest which may be levied upon for payment of the above judgment, namely:

Any and all accounts and/or safe deposit boxes associated with Konstantinos Diamantis. A known account number for Konstantinos Diamantis is ********.

The name and address of the Garnishee or its authorized agent is:

name: **Thomaston Savings Bank**
address: **Attn: Legal Order Processing**
**203 Main Street**
**Thomaston, CT 06787**
phone: **860-283-1874**

In the event that a Writ of Garnishment is issued, the Government will immediately forward its moving papers to the United States Marshal for service upon defendant Kostantinos Diamantis, and the Garnishee. Defendant Kostantinos Diamantis will also be provided with an opportunity to request a hearing, if the defendant so chooses.

Respectfully submitted,

DAVID X. SULLIVAN
UNITED STATES ATTORNEY

CHRISTINE SCIARRINO
ASSISTANT UNITED STATES ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
157 CHURCH STREET, 25TH FLOOR
NEW HAVEN, CT 06510
(203) 821-3700 / FAX: (203) 773-5373
FEDERAL NO. CT03393
EMAIL: CHRISTINE.SCIARRINO@USDOJ.GOV