**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| United States of America | : | |
| | : | |
| vs. | : | Docket No. 3:24CR108(SRU) |
| | : | |
| Kostantinos Diamantis | : | |
| | : | |
| And | : | |
| | : | |
| Thomaston Savings Bank | : | |
| Attn: Legal Order Processing | : | |
| 203 Main Street | : | |
| Thomaston, CT 06787 | : | |
| | : | |
| Garnishee. | : | |

***EX PARTE* WRIT OF GARNISHMENT**

An application for a Writ of Garnishment against the property of Kostantinos Diamantis, Defendant, has been filed with the Court by Assistant United States Attorney Christine Sciarrino, United States Attorney's Office, Connecticut Financial Center, 157 Church Street, 25th Floor, New Haven, Connecticut 06510. Judgments have been entered against the defendant, whose last known address is *****, Farmington, CT 06032. As a result of these Judgments, the defendant was indebted to the United States in the sum of $502,100.00, plus statutory costs and fees from date of judgment.

Currently, the defendant owes to the United States the sum of $502,100.00, computed through October 29, 2026. The underlying nature of this debt is a forfeited bond and a special assessment.

You are required by law to answer under oath, whether or not you have in your custody, control or possession, any funds belonging to Kostantinos Diamantis, or in which Kostantinos Diamantis has an interest.

You must file an original Answer to this Writ within ten (10) days of your receipt of this Writ with the United States District Court at 915 Lafayette Blvd, Bridgeport, CT 06604. Additionally, you are required by law to serve a copy of the Answer upon the defendant at *****, Farmington, CT 06032 and upon Assistant United States Attorney Christine Sciarrino.

NOW THEREFORE, YOU ARE HEREBY COMMANDED to satisfy the judgment by levying all funds deposited at Thomaston Savings Bank, Attn: Legal Order Processing, 203 Main Street Thomaston, CT 06787, and any funds deposited in any account and/or safe deposit box established, held in trust or otherwise associated with Kostantinos Diamantis, social security number ***-**-8819, date of birth ****-**, 1956. A known account number for Konstantinos Diamantis is ********.

You are hereby commanded to immediately withhold any funds that may be subject to garnishment.

Furthermore, if there is no objection or request for hearing filed with the Court, or the deadline for filing a request for hearing or other responsive pleading has expired, you are further commanded to immediately turnover the garnished funds by sending a check made payable to "United States District Court" referencing 3:24CR108 (SRU) and Kostantinos Diamantis to: United States District Court, 915 Lafayette Blvd, Bridgeport, CT 06604.

If you fail to answer this Writ or fail to withhold funds pursuant to either the Federal Debt Collection Procedures Act, 28 U.S.C. §3001, et seq. or any other property in accordance with this Writ, the United States of America may petition the Court for an order requiring you to appear before the Court. If you fail to appear or do appear and fail to show good cause why you failed to comply with this Writ, the Court may enter a judgment against you for the funds that are subject to this garnishment.

Under the law, there is certain property which may be exempt from this Writ of Garnishment. A list of Internal Revenue, Bankruptcy, and State Exemptions will be provided upon service.

It is unlawful to pay or deliver to the defendant any item attached by this Writ. If you fail to answer as directed, or if you unlawfully dispose of any item attached by this Writ, or if you fail to withhold and disburse property to the Government as ordered by this Writ, judgment may be rendered against you for the full amount of the Government's claim against the defendant in this action.

SO ORDERED.

Dated at Bridgeport, Connecticut on this ______ day of ____________________________, 2026.

DINAH M. KINNEY, CLERK

By: ____________________________
DEPUTY CLERK